UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUOKUNG TECHNOLOGY CORP. et al.,

       *Plaintiffs,*

v.

U.S. DEPARTMENT OF DEFENSE et al.,

       *Defendants*.

Case No. 1:21-cv-00583-RC

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Luokung Technology Corp. ("Luokung"), Baomin Li, and Raymond Weiman Bai respectfully move for a preliminary injunction enjoining the enforcement and implementation of the Department of Defense's designation of Luokung as a "Communist Chinese military company," and the resulting restrictions on transactions in, and possession of, Luokung securities or derivatives of those securities, pursuant to Executive Order 13959, as amended.  The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction.  A proposed order is attached.

DATED:  April 2, 2021

Respectfully submitted,

/s/ Creighton Magid
Creighton Magid (D.C. Bar. No. 476961)
Thomas Gorman (D.C. Bar No. 398734)
DORSEY & WHITNEY LLP
1401 New York Avenue, NW, Suite 900
Washington, DC  20005
Phone:  (202) 442-3555
Fax:  (202) 442-3199
magid.chip@dorsey.com
gorman.tom@dorsey.com

Shawn Larsen-Bright (*Pro Hac Vice*)
Benjamin D. Greenberg (*Pro Hac Vice*)
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104
Telephone:  (206) 903-8800
Fax:  (206) 903-8820
larsen.bright.shawn@dorsey.com
greenberg.ben@dorsey.com

Kathryn A. Johnson (*Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota  55402-1498
Telephone:  (612) 492-6768
Fax:  (612) 340-2868
johnson.kate@dorsey.com

Xichun (Catherine) Pan (*Pro Hac Vice*)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York  10019-6119
Telephone:  (212) 415-9383
Fax:  (646) 417-7279
pan.catherine@dorsey.com

*Attorneys for Plaintiffs*