**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LUOKUNG TECHNOLOGY CORP. et al.,

                    *Plaintiffs,*

     v.

U.S. DEPARTMENT OF DEFENSE et al.,

                    *Defendants.*

Case No. 1:21-cv-00583 RC

**DECLARATION OF RAYMOND WEIMAN BAI**

**IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Raymond Weiman Bai, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am the Vice President of Luokung Technology Corp. ("Luokung") and a U.S. citizen.  I am over eighteen years of age and competent to testify to the matters set forth herein. This declaration is based on my personal knowledge.

2.       I have been the Vice President of Luokung since March 2019.  As the Vice President of the company, I am responsible for designing general solutions for Luokung's smart transportation and smart city areas, and analyzing customer needs and formulating corresponding solutions.

3.       I am the beneficial owner of 540,000 ordinary shares of Luokung.  As the Vice President of Luokung, I also have been and remain a beneficiary of Luokung's employee incentive plan, the 2018 Omnibus Equity Plan (the "Incentive Plan"), which regularly awards, among others, stock options, stock appreciation rights, restricted stock, restricted stock units, and unrestricted stock as significant forms of compensation to its employees.  Grants under Luokung's Incentive Plan are and have been a significant part of my compensation, and will continue to be in the future.

The Incentive Plan was important to me when deciding whether to join the company and has remained an important reason why I have stayed with the company. As a result of my participation in Luokung's Incentive Plan, I currently beneficially own Luokung ordinary shares. According to the Incentive Plan, I will continue to be eligible for, and anticipate receiving, further grants under the Incentive Plan as long as I remain an employee of the company.

4.       As a result of the Department of Defense's ("DoD") designation of Luokung as a "Communist Chinese Military Company" ("CCMC Designation") and the restrictions imposed under Executive Order 13959, U.S. persons will be prohibited from purchasing publicly traded Luokung securities or derivatives of those securities as of May 8, 2021, and must divest their holdings by March 9, 2022 (the "CCMC Prohibitions"). I will be prohibited from purchasing Luokung's securities and I will no longer be able to receive awards under Luokung's Incentive Plan once the CCMC Prohibitions go into effect. I must also divest my Luokung holdings by March 9, 2022. This will force me to sell my shares under a compressed timeframe at a time when all other U.S. persons also would be required to divest their shares – market conditions that would depress Luokung's share price and result in a lower realization for all U.S. shareholders forced to sell their shares (including myself). I will not only be forced to sell my shares at a price significantly lower than it would normally be, but I will also be prevented from benefiting from future share appreciation. This will significantly harm my financial wellbeing, and being prevented from receiving awards under the Incentive Plan may also compel me to terminate my employment with Luokung since those awards are a significant part of my compensation.

5.       The designation of Luokung as a CCMC, and resulting prohibitions under Executive Order 13959, deprive me of my property and other rights to transact in or possess Luokung's securities, as both a shareholder and beneficiary of Luokung's Incentive Plan.

However, I received no notice in connection with the CCMC Designation, nor did I receive any explanation for the designation, notice of any material on which the agencies relied, or any opportunity to respond and be heard on the designation and the restrictions imposed by the Executive Order 13959.

6.      No information was provided about the CCMC Designation until after this lawsuit was commenced, when the government's attorneys disclosed a three-page DoD decisional memo about the basis for the designation.  Nothing in the decisional memo indicates that Luokung is a CCMC, and it is not.  Aside from seeking legal redress in this lawsuit, I have had no opportunity to respond and be heard about the CCMC Designation and the related deprivation of my rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2021, in Beijing, China.

_____
Raymond Weiman Bai