**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LUOKUNG TECHNOLOGY CORP. et al.,

     *Plaintiffs,*

  v.

U.S. DEPARTMENT OF DEFENSE et al.,

     *Defendants*.

Case No. 1:21-cv-00583 RC

**DECLARATION OF XUESONG SONG**

**IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Xuesong Song, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am the Chairman of the Board of Directors ("Chairman") and Chief Executive Officer ("CEO") of Luokung Technology Corp. ("Luokung"). I am over eighteen years of age and competent to testify to the matters set forth herein. This declaration is based on my personal knowledge and belief, including my review of business records of Luokung and its subsidiaries.

2.  I received a Master's of Business Administration degree from Oklahoma City University-Tianjin University of Finance and Economics Cooperation Program. Prior to my appointments with Luokung, I served as an executive and/or director of several commercial companies, including two companies publicly traded on the Nasdaq. I also founded and co-founded several companies. I co-founded C Media Limited, a technology company that provided railway Wi-Fi services, where I served as its Chairman and CEO until its consummation of an asset exchange with Luokung in August 2018, whereby Luokung exchanged its existing assets with those of C Media Limited. Immediately following the consummation of the asset exchange, I was appointed as the Chairman and CEO of Luokung in August 2018.

3.      I am a civilian businessperson.  I am not part of, or affiliated in any way with, the Chinese government, military, or defense industrial base.

4.      On January 14, 2021, it was publicly announced by the Department of Defense ("DoD") that Luokung was being listed as a "Communist Chinese Military Company" ("CCMC") for purposes of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended (the "CCMC Designation"), and Executive Order 13959, as amended ("Order"), which prohibits transactions by any U.S. persons in publicly traded securities (and any derivative or related securities) of certain companies that the DoD designates as a CCMC (the "CCMC Prohibitions").  Based on a subsequent relisting of Luokung on March 9, 2021, due to an error by DoD, it was later confirmed by the U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") that the CCMC Prohibitions would take effect as to Luokung 60 days after March 9, 2021 (*i.e.*, by May 8, 2021) and that divestment must occur within 365 days after March 9, 2021 (*i.e.*, by March 9, 2022).

5.      Luokung believes the CCMC Designation to have been false and unlawful. Luokung is not, and does not in any way meet the definition of, a CCMC.  Luokung is not owned or controlled by, or otherwise affiliated with, the Chinese government or military, nor is it owned or controlled by any entity affiliated with the Chinese defense industrial base.  Neither the Chinese government nor the Chinese military, nor any entity affiliated with the Chinese defense industrial base, possesses the ability to exert control over the management or operations of the company, effectively controls Luokung, or is associated with Luokung under common ownership or control.

6.      In fact, Luokung is a publicly traded, independently managed corporation that provides services for civilian and commercial use.  Luokung is overseen by a board of directors, which includes two executive directors, and three independent directors, none of whom is affiliated

with the Chinese government, military, or defense industrial base.  Luokung's executive officers and directors are all highly accomplished in their respective fields and have extensive technological and commercial expertise.  Luokung's business is overseen on a day-to-day basis by an accomplished executive management team under my oversight as Chairman and CEO.

7.      I am the company's largest shareholder.  Through several affiliated entities, I own approximately 12.3% of the company's ordinary shares, which is greater than any other shareholder, and I also own 1,000,000 preferred shares.  Each preferred share has the right to 399 votes at a meeting of the shareholders of the company, providing me with approximately 61.7% of the company's voting rights.  In summary, I hold a supermajority of the voting rights in Luokung, which affords me ultimate control of the company.

8.      Luokung is not owned or controlled by the Chinese government or military, or any entity affiliated with the Chinese government's defense industrial base.  Unlike many companies in China, Luokung is not a state-owned enterprise.  The Chinese government does not own shares of Luokung, and Luokung's shareholders are not Chinese governmental ministries, the Chinese military, or any entity affiliated with the Chinese defense industrial base.  To the best of my and Luokung's knowledge, none of Luokung's shareholders is owned or controlled by, or affiliated with, the People's Liberation Army, any Chinese government ministry, or any entity affiliated with the Chinese government's defense industrial base.  No such entity plays any role whatsoever in Luokung's management or corporate governance.  As described above, Luokung is overseen and operated, respectively, by its experienced and commercially-oriented civilian board of directors and executive management team, subject to my ultimate oversight as Chairman, CEO, and controlling shareholder.  Neither I, nor any of Luokung's other directors or executive officers, are affiliated with the Chinese government, military, or defense industrial base.

9.     Luokung is also not affiliated with the People's Liberation Army, a Chinese government ministry, or any entity affiliated with China's defense industrial base.  Luokung is a Nasdaq publicly traded commercial technology company that is independently managed by its civilian board and executives.  It is not affiliated or associated with the Chinese government, military, or defense industrial base.  Neither Luokung nor any of its affiliated companies are part of the Chinese government, military, or defense industrial base, and the Chinese government, military, and defense industrial base do not play any role in shaping the company's strategy, management, governance, operations, or business.  Furthermore, Luokung does not design or manufacture any military or defense products, and the company's overall strategy and operations are focused solely on delivering civil and commercial products and services to a global market.

10.     The designation of Luokung as a CCMC and resulting CCMC Prohibitions under the Order deprive Luokung of its property and other rights, including its rights to access U.S. capital markets, its relationships with shareholders, financial institutions, business partners, employees, and other members of the public, its ability to effectively operate in its chosen business, and its reputation and professional goodwill.

11.     Luokung received no notice in connection with the CCMC Designation, nor did it receive any explanation for the designation, notice of any material on which the agencies relied, or any opportunity to respond and be heard on the designation and the restrictions imposed by the Order.

12.     No information was provided about the CCMC Designation until after this lawsuit was commenced, when the government's attorneys disclosed a three-page DoD decisional memo about the basis for the designation.  Nothing in the decisional memo indicates that Luokung is a CCMC, and it is not.  Aside from seeking legal redress in this lawsuit, Luokung has had no

opportunity to respond and be heard about the CCMC Designation and the related deprivation of its rights.  The DoD also has not published or provided Luokung with any guidance or information as to how Luokung can challenge the CCMC Designation through any administrative process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 2, 2021, in Beijing, China.

Xuesong Song