# EXHIBIT A

# CHARLES M. STEELE

Csteele@forensicrisk.com                                                                                           Mobile: (202) 235-5770

## SUMMARY OF QUALIFICATIONS

- Senior consultant, regulator and lawyer with over 30 years of government and private-sector experience in civil and criminal compliance, investigations, enforcement and litigation matters, in a variety of industries and sectors
- Served in eight senior positions in six U.S. government regulatory, national security and law enforcement agencies in the Treasury and Justice Departments, including OFAC, FinCEN, the Office of the Comptroller of the Currency, the Justice Department, and the FBI
- Senior private-sector experience includes working as a forensic advisory consultant and a lawyer at two global law firms
- Substantial experience with respect to economic sanctions and Bank Secrecy Act/Anti-Money Laundering (BSA/AML) matters
- More generally, I have expertise with respect to government investigations and enforcement actions (both civil/administrative and criminal) across a broad range of regulatory, white collar and national security matters.

## EXPERIENCE

**FORENSIC RISK ALLIANCE**, Washington, DC                                                              Dec. 2020 – present
*Partner*

- Advise clients with respect to economic sanctions, BSA/AML, anti–bribery and corruption, and other regulatory and criminal matters
- Services include compliance risk assessments, assessments and testing of compliance programs, and remediation of compliance deficiencies
- Provide forensic support (including forensic accounting, data analytics, eDiscovery, and digital forensics services) to law firms conducting internal investigations for clients into possible violations of laws and regulations, and performing due diligence in M&A and other contexts
- Provide forensic support to corporate compliance monitors

**U.S. DEPARTMENT OF THE TREASURY**, Washington, DC                                                  Oct. 2016 – Mar. 2020
**Office of the General Counsel**

*Chief Counsel, Office of Foreign Assets Control (OFAC)* (Jan. 2019 – Mar. 2020)

- Supervised the team of attorneys who provide legal and policy advice in support of OFAC's mission, including in enforcement, targeting, licensing and policy matters
- Reviewed and evaluated private-sector entities' compliance programs and reports of internal investigations in connection with OFAC enforcement actions
- Reviewed and evaluated OFAC's reports of investigations in connection with its designation actions, pursuant to which economic sanctions are imposed on entities and individuals
- Provided legal and policy advice to senior OFAC and Treasury Department officials

**Office of the Comptroller of the Currency (OCC)**
*Deputy Chief Counsel* (Oct. 2016 – Jan. 2019)

- Supervised the Enforcement & Compliance, Litigation, and Administrative & Internal Law divisions, and the Senior Counsel for BSA/AML and economic sanctions matters
- Helped review and evaluate private-sector entities' compliance programs and reports of internal investigations into possible regulatory violations, and oversaw the legal aspects of the OCC's enforcement responses
- Served on the senior executive team that provided day-to-day supervision of and strategic planning for the Office of the Chief Counsel
- Provided legal and policy advice to senior OCC officials

**DAVIS POLK & WARDWELL**, Washington, DC                                                              Mar. 2015 – Oct. 2016
*Counsel, Financial Institutions Group*

- Advised financial institutions and corporations in economic sanctions and BSA/AML matters, and in connection with transaction reviews conducted by the Committee on Foreign Investment in the United States (CFIUS)
- Represented clients in government enforcement investigations and actions
- Participated in internal investigations for clients into possible sanctions and BSA/AML violations

Charles M. Steele
Resume
Page | 2

**KPMG LLP**, Washington, DC                                                                                              Dec. 2013 – Mar. 2015
*Managing Director, Forensic Advisory Services*
- Advised clients with respect to economic sanctions, BSA/AML, and anti–bribery and corruption (including Foreign Corrupt Practices Act (FCPA)) matters
- Services included risk assessments, assessments of compliance programs, and forensic support to law firms conducting internal investigations for clients into possible regulatory violations
- Played senior role on team engaged by law firm to provide forensic support in large-scale internal investigation into economic sanctions violations, in context of an interagency enforcement action

**U.S. DEPARTMENT OF THE TREASURY**, Washington, DC                                                      Oct. 2009 – Dec. 2013
**Office of Terrorism and Financial Intelligence**
*Associate Director for Enforcement, OFAC* (Aug. 2011 – Dec. 2013)
- Supervised OFAC's Office of Enforcement, which conducts investigations and brings enforcement actions against entities and individuals for violations of U.S. economic sanctions laws and regulations
- Reviewed and evaluated private-sector entities' compliance programs and reports of internal investigations into possible sanctions violations, and oversaw the formulation and execution of OFAC's enforcement responses
- Served on the senior executive team that provided day-to-day supervision of and strategic planning for the agency
- Worked with senior officials at the Department of Justice, the FBI, the Commerce Department, the SEC, and other government agencies in matters of common concern, including joint investigations and enforcement actions

*Deputy Director, Financial Crimes Enforcement Network (FinCEN)* (Oct. 2009 – Aug. 2011)
- Provided executive oversight to FinCEN's staff of over 300 persons across the full range of the agency's operations, including regulatory, compliance, enforcement, law enforcement liaison, and international liaison matters
- Served on the senior executive team that provided day-to-day supervision of and strategic planning for the agency
- Reviewed and evaluated private-sector entities' compliance programs and reports of internal investigations into possible BSA/AML violations, and helped oversee FinCEN's enforcement responses

**U.S. DEPARTMENT OF JUSTICE**, Washington, DC                                                                  Apr. 2006 – Oct. 2009
**National Security Division**
*Chief of Staff*
- The National Security Division (NSD), the first new litigating division formed in the Department of Justice since 1957, consolidated the Department's counterterrorism, counterespionage, intelligence, and other national security functions.
- Appointed by the Deputy Attorney General to lead the NSD Transition Team during the five months (April through August 2006) before the division commenced operations in September 2006
- Served as Chief of Staff and a principal advisor to the first two Assistant Attorneys General for National Security
- Served on the senior executive team that provided day-to-day supervision of and strategic planning for the division's staff of over 300 persons
- Oversaw (among others) the Foreign Investment Review Staff, which represents the Department of Justice on CFIUS
- Served as a Deputy Director of the Guantanamo Review Task Force from March 2009 to October 2009. The task force, established pursuant to Executive Order, consisted of representatives from the Departments of Justice, Defense, State, and Homeland Security, and the Intelligence Community. The task force made recommendations to senior officials as to what action to take (transfer to another country, release, or prosecution) with respect to each individual detained at the Guantanamo Bay Naval Base.
- Received the Attorney General's Award for Excellence in Furthering the Interests of U.S. National Security (2007) and
- the Attorney General's Distinguished Service Award (2010)

**FEDERAL BUREAU OF INVESTIGATION**, Washington, DC                                                     Sep. 2004 – Apr. 2006
*Chief of Staff to the Director*
- Provided advice and assistance to the Director and other senior FBI and Department of Justice officials in connection with significant matters
- Served as a principal liaison for the FBI with other components of the Department of Justice

Charles M. Steele
Resume
Page | 3

**CADWALADER, WICKERSHAM & TAFT**, Washington, DC                                   Aug. 2003 – Sep. 2004
*Special Counsel, Business Fraud and Complex Litigation Group*
- Worked on a large-scale FCPA internal investigation, involving examination of over four million pages of documents and more than 100 witness interviews in two dozen countries
- Coordinated efforts of lawyers and accountants; led teams on international and domestic trips to interview witnesses and review documents; wrote and edited interview memoranda and investigative reports; and participated in briefings of the Department of Justice and the SEC

**FEDERAL BUREAU OF INVESTIGATION**, Washington, DC                                   Aug. 1999 – Aug. 2003
*Deputy General Counsel*
- Served on the senior executive team that provided day-to-day supervision of and strategic planning for the Office of the General Counsel, which had a staff of over 300 persons, including over 100 lawyers
- Supervised the Investigative Law Branch, which supported the FBI's criminal law enforcement operations (1999-2002), and the National Security Law Branch, which supported intelligence, counterterrorism, and counterespionage operations (2002-2003)
- Provided legal and policy advice to senior FBI and Department of Justice officials
- Served as a principal liaison for the FBI with other components of the Department of Justice, United States Attorneys' Offices, the Department of Homeland Security, the Treasury Department, the Central Intelligence Agency, and other federal, state and local agencies on a wide variety of issues relating to the FBI's law enforcement and national security missions

**U.S. DEPARTMENT OF JUSTICE**, Phoenix, AZ                                   Sep. 1991 – Aug. 1999
**U.S. Attorney's Office for the District of Arizona**
*Deputy Chief, Criminal Division*
*Assistant United States Attorney*
- Investigation and prosecution of federal white collar crimes
- Served as a staff-level prosecutor in, and as Deputy Chief of the Criminal Division in charge of, the white collar crime section; the section handled bank fraud, bankruptcy fraud, false claim, false statement, health care fraud, mail and wire fraud, procurement fraud, money laundering, obstruction of justice, and public corruption cases, among others
- Worked with several federal criminal investigative agencies, including the FBI, DEA, IRS Criminal Investigation, and several federal Offices of Inspector General
- Conducted jury trials in the United States District Court for the District of Arizona, and wrote briefs and conducted oral arguments in the United States Court of Appeals for the Ninth Circuit
- Received the Executive Office for United States Attorneys Director's Award for Superior Performance for my prosecution (jury trial and appeal) of the highest-ranking U.S. Small Business Administration official in Arizona on bribery and conspiracy charges

**DUNNELLS, DUVALL & PORTER**, Washington, DC                                   Jul. 1990 – Aug. 1991
*Associate, Litigation*
- Civil litigation in federal, state and District of Columbia trial and appellate courts

**U.S. DEPARTMENT OF JUSTICE**, Washington, DC                                   Oct. 1986 – Jul. 1990
**U.S. Attorney's Office for the District of Columbia**
*Assistant United States Attorney*
- Prosecution of violent crime and narcotics cases in District of Columbia local and federal trial and appellate courts

**HIGHSAW & MAHONEY**, Washington, DC                                   Aug. 1985 – Sep. 1986
**DUNNELLS, DUVALL, BENNETT & PORTER**, Washington, DC
*Associate, Litigation*
- Worked at these firms during a federal budget freeze while waiting to assume a previously accepted position as an Assistant United States Attorney for the District of Columbia

**DISTRICT OF COLUMBIA SUPERIOR COURT**, Washington, DC                     Aug. 1984 – Aug. 1985
*Law Clerk to the Hon. William C. Gardner, Presiding Judge, Civil Division*

## EDUCATION

Georgetown University Law Center, J.D., 1984

University of Virginia, B.A., with Distinction (Economics), 1981

## BAR MEMBERSHIPS

District of Columbia, Maryland, Arizona

State Bar of Arizona Committee on the Rules of Professional Conduct