# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAOMI CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Docket No. 21-cv-00280 (RC) |

## DECLARATION OF ANDREW J. PAHUTSKI

I, Andrew J. Pahutski, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, hereby declare as follows:

1.  I am the Director of Foreign Investment Review for the Department of Defense (DoD). I report to the Deputy Assistant Secretary of Defense for Industrial Policy and the Under Secretary of Defense for Acquisition and Sustainment on matters pertaining to foreign investment review within the United States. In this capacity, among my duties is to represent DoD within the Committee on Foreign Investment in the United States (CFIUS). I submit this declaration in connection with the Defendants' opposition to the Plaintiffs' Motion for a Preliminary Injunction in this case.

2.  This declaration is based on my personal knowledge and information made available to me in the course of my official duties. Those duties include coordinating interagency packages for decisions by the Deputy Secretary of Defense in response to Section 1237(b) of the National Defense Authorization Act for Fiscal Year 1999 (P.L. 105-261, as amended by section 1233 of P.L. 106–398 and section 1222 of P.L 108–375).

3.  DoD applies a three-factor test to determine whether an entity qualifies for inclusion under Section 1237(b), i.e., whether it is a Chinese Communist Military Company (CCMC). The entity must be: (i) owned, controlled, or affiliated with the People's Liberation Army (PLA), government ministries People's Republic of China (PRC), or affiliated with the PRC defense industrial base; (ii) engaged in providing commercial services, manufacturing, producing, or exporting; and (iii) be operating directly or indirectly within the United States.  After initial identification, an entity is subject to designation once all three criteria are satisfied.

4.  In designating Xiaomi as a CCMC, the then-Deputy Secretary of Defense, the ultimate decision-maker, was provided the document attached to this declaration as Exhibit A.

5.  The Xiaomi listing decision was based in part on the Military-Civil Fusion (MCF) doctrine, which, as described by the U.S. Department of State, "is an aggressive, national strategy of the Chinese Communist Party (CCP)."  *See* Exhibit B, Military-Civil Fusion and the People's Rep. of China, U.S. Dep't of State, https://www.state.gov/wp-content/uploads/2020/05/What-is-MCF-One-Pager.pdf. As the described by the Department of State, "a key part of MCF is the elimination of barriers between China's civilian research and commercial sectors, and its military and defense industrial sectors."  Key technologies being targeted under MCF include quantum computing, big data, semiconductors, 5G, advanced nuclear technology, aerospace technology, and AI.  *Id.*  In Executive Order 13959, the President described how "[t]hrough the national strategy of Military-Civil Fusion, the PRC is increasing the size of the country's military-industrial complex by compelling civilian Chinese companies to support its military and intelligence activities.  Those companies, though

remaining ostensibly private and civilian, directly support the PRC's military,

intelligence, and security apparatuses and aid in their development and modernization."

Exec. Order No. 13959, 85 Fed. Reg. 73185, 73185 (2020).


I declare under penalty of perjury that the foregoing is true and correct to the best of my current

knowledge.  Executed on February 26, 2021, in Arlington, Virginia.

PAHUTSKI.ANDREW .JOHN.1043405116
Digitally signed by PAHUTSKI.ANDREW.JOHN.10434 05116
Date: 2021.02.26 11:51:05 -05'00'

Andrew J. Pahutski
Director, Foreign Investment Review
Department of Defense

# **Exhibit A**

CUI

As Of: 9/18/20

## Xiaomi Corporation (Xiaomi)
Beijing, China

**BUSINESS SUMMARY:**

Xiaomi Corporation is a China-based investment holding company principally engaged in the research, development and sales of smartphones, Internet of things (IoTs) and lifestyle products, the provision of Internet services, and investment business. The Company mainly conducts its businesses through four segments. The Smartphone segment is engaged in the sales of smartphones. The IoT and Lifestyle product segment is engaged in the sales of other in-house products, including smart televisions (TVs), laptops, artificial intelligence (AI) speakers and smart routers, ecosystem products, and other smart hardware and lifestyle products. The Internet service segment is engaged in the provision of advertising services and Internet value-added services. The Others segment is engaged in the provision of repair services for its hardware products. The Company distributes its products in domestic market and to overseas markets.[22]

**FACTOR 1: The entity must be owned, controlled, or affiliated with the People's Liberation Army (PLA), government ministries People's Republic of China (PRC), or affiliated with the PRC defense industrial base.**

- Lei Jun the founder and CEO of Xiaomi was awarded the title of "Outstanding Builders of Socialism with Chinese Characteristics" by the Ministry of Industry and Information Technology, which is an organization of the PRC that helps manage military-civil fusion for the state.[23]
- Xiaomi plans to invest ¥50 billion Renminbi over the next five years into combining 5th Generations telecommunications capabilities (5G), Artificial Intelligence (AI), and the Internet of Things (IoT). The strategy is named "5G+AIoT – the next generation super internet" and is designed to ensure Xiaomi's 'absolute dominance' over these emerging markets as well as first mover advantage in their combination.[24] 5G and AI, according to the 2019 DoD Industrial Capabilities Report, are both considered Critical Technologies essential to modern military operations.

Xiaomi meets the criteria for Factor 1.

**FACTOR 2: The entity must be engaged in commercial services, manufacturing, producing, or exporting.**

- Xiaomi is publicly traded on the Hong Kong stock exchange and owns 2 subsidiaries which are publicly traded on the NASDAQ Global Select stock exchange as of July 25, 2020. These companies are engaged in production and manufacturing for commercial use and profit.[25]

---

[22] Thomson Reuters Eikon, *Business Summary*
[23] Xiaomi, *2019 Annual Report*, https://company.mi.com/en-us/ir/indexContent/
[24] Xiaomi, *2019 Annual Report*, https://company.mi.com/en-us/ir/indexContent/
[25] Thomson Reuters Eikon, *Company Tree Structure*

CUI

CUI

Xiaomi meets the criteria for Factor 2.

**FACTOR 3: An entity must be operating directly or indirectly in the United States.**

- Xiaomi is a publicly traded company and has multiple U.S. based shareholders as of September 18, 2020.[26]
- Xiaomi owns 2 publicly traded companies which are listed on the NASDAQ Stock Exchange and have multiple U.S. based shareholders as of September 18, 2020.[27]
- Several current Xiaomi directors have experience working for U.S. based companies, as well as both attending and teaching at U.S. academic institutions.[28]

Xiaomi meets the criteria for Factor 3.

**DETERMINATION**

Xiaomi Corporation meets the criteria as defined by section 1237 of the FY99 National Defense Authorization Act, as amended and is determined to be a CCMC.

---

[26] Thomson Reuters Eikon, *Shareholders Report*
[27] Thomson Reuters Eikon, *Shareholders Report*
[28] Xiaomi, *2019 Annual Report*, https://company.mi.com/en-us/ir/indexContent/

CUI

## **Exhibit**

# Military-Civil Fusion
# and the People's Republic of China

**"Military-Civil Fusion," or MCF, is an aggressive, national strategy of the Chinese Communist Party (CCP). Its goal is to enable the PRC to develop the most technologically advanced military in the world. As the name suggests, a key part of MCF is the elimination of barriers between China's civilian research and commercial sectors, and its military and defense industrial sectors. The CCP is implementing this strategy, not just through its own research and development efforts, but also by acquiring and diverting the world's cutting-edge technologies – including through theft – in order to achieve military dominance.**

## What is MCF?

MCF is the CCP's strategy to develop the People's Liberation Army (PLA) into a "world class military" by 2049. Under MCF, the CCP is systematically reorganizing the Chinese science and technology enterprise to ensure that new innovations simultaneously advance economic and military development. PRC President and CCP General Secretary Xi Jinping personally oversees the strategy's implementation. He chairs the CCP's Central Military Commission and the Central Commission for Military-Civil Fusion Development.

## Why is MCF so important to the Chinese Communist Party?

The CCP sees MCF as critical to advancing its regional and global ambitions. It believes that artificial intelligence (AI) will drive the next revolution in military affairs, and that the first country to apply AI to next generation warfare will achieve military dominance. MCF aims to pave the way for the PRC to be the first country to transition to "intelligent warfare," and therefore develop the military capabilities it sees as critical to achieving these goals.

## What technologies are targeted under MCF?

Key technologies being targeted under MCF include quantum computing, big data, semiconductors, 5G, advanced nuclear technology, aerospace technology, and AI. The PRC specifically seeks to exploit the inherent 'dual-use' nature of many of these technologies, which have both military and civilian applications.

## How is the PRC targeting these technologies?

The CCP is developing and acquiring key technologies through licit and illicit means. These include investment in private industries, talent recruitment programs, directing academic and research collaboration to military gain, forced technology transfer, intelligence gathering, and outright theft. The CCP's MCF strategy allows a growing number of civilian enterprises and entities to undertake classified military R&D and weapons production. The CCP also exploits the open and transparent nature of the global research enterprise to bolster its own military capabilities through bodies like the China Scholarship Council, which requires academic scholarship recipients to report on their overseas research to PRC diplomats.

## Why should we be concerned about MCF?

MCF threatens the trust, transparency, reciprocity, and shared values that underpin international science and technology collaboration and fair global business practices. In a clandestine and non-transparent manner, the CCP is acquiring the intellectual property, key research, and technological advancements of the world's citizens, researchers, scholars, and private industry in order to advance military aims. Joint research institutions, academia, and private firms are all being exploited to build the PLA's future military systems—often without their knowledge or consent.

U.S. DEPARTMENT *of* STATE