**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LUOKUNG TECHNOLOGY CORP. et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF DEFENSE et al.,

*Defendants*.

Case No. 1:21-cv-00583  RC

**DECLARATION OF BAOMIN LI**

**IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Baomin Li, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the Chief Technology Officer ("CTO") of Luokung Technology Corp. ("Luokung").  I am over eighteen years of age and competent to testify to the matters set forth herein.  This declaration is based on my personal knowledge and belief, including my review of business records of Luokung and its subsidiaries.

2.      I am a citizen of the United States.  I reside in the United States, in Bellevue, Washington.

**I.      <u>Personal Background</u>**

3.      I have been serving as the CTO of Luokung since I joined the company on February 1, 2019.  As the CTO, I am responsible for Luokung's overall technology roadmaps and strategic technical decisions, technology team structure and talent building, and providing key infrastructural guidance.  I am involved in Luokung's day-to-day management and am familiar with its business, including its operations, strategy, and finances.

4.      Before joining Luokung, I worked in a variety of technology-related positions at

companies such as Amazon.com, C Media Limited, CreditEase, Google, Inc., and Microsoft Corporation.  However, I was involved in the business of what is now Luokung long before I joined Luokung as its CTO.  From October 2015 to December 2016, I was the CTO at C Media Limited, where I was responsible for technology related programs and teams, technical roadmaps, and implementations.  From December 2016 to January 2019, I was a senior software development manager at Amazon, and I also assisted C Media Limited during that time period as a technical advisor, in assessing technologies to develop, invest in, and acquire.  Luokung and C Media Limited consummated an asset exchange in August 2018, whereby Luokung exchanged its existing assets with those of C Media Limited.  I earned a Master's degree in Computer Science from University of Missouri in 1999, a Master's degree in Applied Mathematics from Peking University in 1994, and a Bachelor's degree in Mechanics from Peking University in 1991.

5.      I am a civilian businessperson.  I am not part of, or affiliated in any way with, the Chinese government, military, or defense industrial base.

## II.     Luokung is a Commercial Technology Company

6.      Luokung is a Nasdaq-traded technology company headquartered in Beijing, China and incorporated in the British Virgin Islands.

7.      As further described below, Luokung is not owned or controlled by, or affiliated with, the People's Liberation Army or a ministry of the government of the People's Republic of China, nor is it owned or controlled by any entity affiliated with the defense industrial base of the People's Republic of China.  Neither the Chinese government nor the Chinese military, nor any entity affiliated with the Chinese defense industrial base, possesses the ability to exert control over the management or operations of the company, effectively controls Luokung, or is associated with Luokung under common ownership or control.

8.      Luokung is a commercial technology company.  As further described below, through its subsidiaries and affiliates, Luokung operates several lines of business focused on location-based products and services for civilian and commercial use.  Luokung's primary operations are in two principal lines of business.  The first line of business, operated mainly through its subsidiary Beijing Zhong Chuan Shi Xun Technology Limited, focuses on using Luokung's technology to generate advertising revenue.  For years, Luokung has offered a mobile application that provides location-based content to travelers in China and derives revenue through advertising.  Luokung has leveraged the strength it developed in location-based content to provide user acquisition (advertising/marketing) services to internet advertisers.  Luokung's second principal line of business is navigation and mapping, including through its recently acquired subsidiary eMapgo Technologies (Beijing) Co., Ltd. ("EMG").  EMG is a mapping company and a supplier of in-dash navigation systems.  Luokung's customers primarily include other private firms, and are not related to or affiliated in any way with the Chinese military or defense industry.  Set forth below is a further summary of Luokung's business.

9.      Historically, Luokung's principal business was its mobile application – and the related software platform and technology to support the application – called "Luokuang" (the "App").  The App provides localized content and advertising for travelers in China, in particular travelers on China's express rail system (both on the train and at the destination).  It is available for Android and iOS (Apple) mobile devices.  Travelers can access content through the App and, while on the train, access additional content over the train's Wi-Fi network.  The content available includes entertainment (such as movies, television shows, music, and games), information, and online shopping.  The App is designed to stave off boredom for the traveler during the journey and to discover information about the destination.  Central to the App's functionality is Luokung's

map.  The App shows the user's location on the layout of a map around the user's location, and can display on the map pertinent information selected by the user, including nearby restaurants, other locations of interest, and news or events.  It also can display what others using the App nearby have recently posted, through a social networking function for user interaction.  In other words, a consumer who downloads the App can quickly see from the consumer's phone where and when to find what interests the consumer nearby, and easily interact with friends, those with similar interests, or others nearby.  The App also enables users to see their history and content in a mapped chronology.  While unique and proprietary, the App offers a variety of features similar to those that would be familiar to users in the United States using competing mobile apps such as Google Maps, Yelp, and Instagram.  Screenshots of the App are attached as **EXHIBIT A** hereto.

10.     Although Luokung continues to offer its App, beginning in 2019 Luokung shifted the focus of its advertising business due to a decrease in passenger demand on China's express train system.  Leveraging the strength of its map technology and data, Luokung now derives its revenue from the provision of user acquisition services to clients involved in internet advertising.  Luokung assists its advertising clients in placing advertisements on prominent social media and other internet advertising platforms with which Luokung has relationships, such as Douyin (which is the Chinese version of TikTok) and its competitor Kuaishou, which match the characteristics of the products being advertised.  Through a business called LKMap, Luokung also assists its advertising clients by offering its open source map platform, which provides online map services, to third-party app developers in exchange for the promotion of Luokung's clients' advertisements on their apps.

11.     Like other companies in this business sector, Luokung is paid by advertisers based on standard internet advertising metrics for customer acquisition, such as an amount per install,

per mile, or per click.

12.     With its acquisition of EMG, which was closed in March 2021, Luokung now has another major business line.  EMG is a commercial navigation and electronic map services company in China.  It has developed comprehensive maps of mainland China, Hong Kong, and Macao, with over 9-million-kilometer road networks and 80 million points of interest.  Through its map service platform, EMG provides users with the mapping data and software used in, for instance, navigation systems.  EMG is one of the four largest suppliers of in-dash car navigation systems in China, working with many well-recognized car manufacturers.  EMG has provided map services for 32 domestic and foreign car manufacturers, involving more than 140 models of cars.  For example, EMG has provided the navigation systems for GM cars in China.  EMG's principal competitors include other Chinese mapping companies like Autonav and Navinfo (or a company like Garmin in the United States).  EMG also provides auto and auto parts manufacturers with data testing and data management services, and provides software and hardware support for managing real-time highway traffic in China.  EMG has been increasingly involved in developing and providing the mapping information needed to support autonomous driving capabilities in cars, including by creating the necessary customized high-definition mapping data.  For example, EMG has an agreement with Ford China where Ford would use EMG's maps in the cars Ford is developing with autonomous driving capabilities to be sold in China (and EMG would be paid a fee from Ford for each car sold with its technology).

13.     Luokung has two other main operating subsidiaries.  SuperEngine Graphics Software Technology Development (Suzhou) Co., Ltd. ("SuperEngine") is a commercial provider of spatial-temporal data technology and services, and holds numerous graphics and data processing patents.  SuperEngine's data processing technology supports location-based services and mapping

services.  It enables Luokung to provide faster internet map services, and it has been used in a wide variety of industries including transportation, smart city, meteorology, surveying, and mapping. Beijing BotBrain AI Technology Ltd. ("BotBrain") is focused on providing personalized content for customers through its machine learning and voice dialogue technology.  BotBrain's technology helps provide recommendations based on user preferences such as, for example, recommending products based on prior purchases or views.  BotBrain uses its technology to help its business customers better understand user habits or preferences, to better tailor their products and service offerings, and similarly to provide tailored employee orientations and trainings based on particular employees' interests or needs.

14.     Historically, Luokung's advertising business has provided virtually all of Luokung's revenue.  Advertising provided approximately 95% or more of Luokung's revenue in 2018 and 2019 (its remaining revenue, of less than $1MM per year, came from software licensing and service fees for technological solutions).  Similarly, in 2020 all of Luokung's top-10 customers (excluding customers of its recent acquisition, EMG) were customers of its advertising business.

## III.     Luokung Has Substantial Connections to the United States

15.     Luokung is a public company with its shares traded in the United States.  Luokung's predecessor, Kingtone Wirelessinfo Solution Holding Ltd., was incorporated in October 2009, and consummated a public offering of American Depository Shares ("ADSs") in May 2010.  Originally the ADSs were listed on the Nasdaq Capital Market under the ticker symbol "KONE."   In September 2018, the ADSs were voluntarily delisted from the Nasdaq Capital Market, and in January 2019 Luokung's ordinary shares started trading on Nasdaq under the ticker symbol "LKCO" and continue to do so.

16.     Luokung has significant connections to U.S. investors.  Luokung has thousands of

U.S. shareholders, which include both individuals and institutional investors. Multiple of Luokung's top-10 current largest shareholders are entities managed in the U.S.

17.    Unlike many other publicly traded companies headquartered in China that maintain a Hong Kong–U.S. dual listing, Luokung's shares are not traded on any other stock exchange, and thus the only public trading market for its shares is Nasdaq in the United States. Since being listed on the Nasdaq, Luokung has raised approximately $190 million, of which over $100 million came from U.S. institutional investors or through U.S. financial institutions. U.S. financial institutions that underwrote these transactions received millions of dollars of revenue.

18.    Luokung's recently acquired subsidiary, EMG, also has established significant business relationships with a number of major U.S. companies, including, for example, Ford, General Motors, Microsoft, Dell EMC, and Mapbox, relating to map services that EMG provides for, among other things, production cars and companies involved in developing autonomous driving vehicles.

19.    Luokung has many other connections to the United States as well. By way of example only, I am Luokung's current Chief Technology Officer, and I am a U.S. citizen, reside in the United States, and conduct business for Luokung from the United States. In addition, one of the directors of Luokung's Board of Directors, David Wei Tang, is a U.S. citizen, as is its employee Plaintiff Raymond Weiman Bai. Luokung also holds a bank account in the United States.

## IV.    Luokung is Not a "Communist Chinese Military Company"

20.    On January 14, 2021, it was publicly announced by the Department of Defense ("DoD") that Luokung was being listed as a "Communist Chinese Military Company" ("CCMC") for purposes of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended (the "CCMC Designation"), and Executive Order 13959, as amended ("Order"), which

prohibits transactions by any U.S. persons in publicly traded securities (and any derivative or related securities) of certain companies that the DoD designates as a CCMC (the "CCMC Prohibitions").  Based on a subsequent relisting of Luokung on March 9, 2021, due to an error by DoD, it was later confirmed by the U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") that the CCMC Prohibitions would take effect as to Luokung 60 days after March 9, 2021 (*i.e.*, by May 8, 2021) and that divestment must occur within 365 days after March 9, 2021 (*i.e.*, by March 9, 2022).

21.     Luokung first learned of its CCMC Designation through public reporting about the DoD's public announcement on January 14, 2021.  This news came as a great shock, to me and all of Luokung's management team, because Luokung is not, and does not in any way meet the definition of, a CCMC.  Luokung is not owned or controlled by, or otherwise affiliated with, the Chinese government or military, nor is it owned or controlled by any entity affiliated with the Chinese defense industrial base.

22.     In fact, Luokung is a publicly traded, independently managed corporation that provides services for civilian and commercial use.  Luokung is overseen by a board of directors, which includes two executive directors, and three independent directors, none of whom is affiliated with the Chinese government, military, or defense industrial base.  Luokung's executive officers and directors are all highly accomplished in their respective fields and have extensive technological and commercial expertise.  Luokung's business is overseen on a day-to-day basis by an accomplished executive management team under the oversight of Luokung's Chairman and Chief Executive Officer, Mr. Xuesong Song.

23.     A supermajority of the voting rights in the company are held under a weighted voting rights structure by Mr. Xuesong Song, who is a civilian businessperson unaffiliated with

the Chinese government, Chinese military, or any entity affiliated with the Chinese government's defense industrial base. Luokung benefits from the insight and experience of its board of directors and executive management team. However, in light of Mr. Xuesong Song's supermajority voting rights, he ultimately controls the company.

24.     Accordingly, Luokung is not owned by the People's Liberation Army, a Chinese government ministry, or any entity affiliated with the Chinese government's defense industrial base. Unlike many companies in China, Luokung is not a state-owned enterprise. The Chinese government does not own shares of Luokung, and Luokung's shareholders are not Chinese governmental ministries, the Chinese military, or any entity affiliated with the Chinese defense industrial base. Rather, in addition to holding the supermajority of voting rights, Mr. Xuesong Song is also the largest holder of company shares, as beneficial owner through several entities. Luokung's top-11 investors own approximately 60% of the company's shares, and these are company insiders or institutional investors, multiple of which are in the U.S. and none of which is in any way affiliated with the Chinese military, government, or defense industrial base. To the best of my and Luokung's knowledge, none of Luokung's shareholders is owned or controlled by, or affiliated with, the People's Liberation Army, any Chinese government ministry, or any entity affiliated with the Chinese government's defense industrial base. No entity owned, controlled, or affiliated with the Chinese government, military, or defense industrial base has been part of any financing arranged by Luokung. To the extent any entity in some way affiliated with some Chinese government, military, or defense industrial base acquired shares of Luokung on the open market (Nasdaq), we are unaware of it, and any such ownership would be immaterial to Luokung's ownership, business, governance, operations, management, and control.

25.     Luokung is also not controlled by the People's Liberation Army, a Chinese

government ministry, or any entity affiliated with China's defense industrial base.  No such entity plays any role whatsoever in Luokung's management or corporate governance.  As described above, Luokung is overseen and operated, respectively, by its experienced and commercially-oriented civilian board of directors and executive management team, subject to the ultimate oversight of its Chairman and CEO, Mr. Xuesong Song, who is also the controlling shareholder. Neither Mr. Xuesong Song, nor any of Luokung's other directors or executive officers are affiliated with the Chinese government, military, or defense industrial base.

26.    Luokung is also not affiliated with the People's Liberation Army, a Chinese government ministry, or any entity affiliated with China's defense industrial base.  Luokung is a Nasdaq publicly traded commercial technology company that is independently managed by its civilian board and executives.  It is not affiliated or associated with the Chinese government, military, or defense industrial base.  It does not share common ownership or control with any Chinese governmental or military company, or any company affiliated with the Chinese defense industrial base, and no such company has any ability to exert control over Luokung's business. Neither Luokung nor any of its affiliated companies are part of the Chinese government, military, or defense industrial base, and the Chinese government, military, and defense industrial base do not play any role in shaping the company's strategy, management, governance, operations, or business.  Furthermore, Luokung does not design or manufacture any military or defense products, and the company's overall strategy and operations are focused solely on delivering civil and commercial products and services to a global market.

## V.    Luokung Did Not Receive Notice and Opportunity to Be Heard

27.    The designation of Luokung as a CCMC and resulting CCMC Prohibitions under the Order deprive Luokung of its property and other rights, including its rights to access U.S.

capital markets, its relationships with shareholders, financial institutions, business partners, employees, and other members of the public, its ability to effectively operate in its chosen business, and its reputation and professional goodwill.

28.     Luokung received no notice in connection with the CCMC Designation, nor did it receive any explanation for the designation, notice of any material on which the agencies relied, or any opportunity to respond and be heard on the designation and the restrictions imposed by the Order.

29.     The designation of Luokung as a CCMC, and resulting CCMC Prohibitions under the Order, also deprive me of my property and other rights to transact in or possess Luokung's securities, as both a beneficial owner of Luokung's ordinary shares and beneficiary of Luokong's employee incentive plan, the 2018 Omnibus Equity Plan (the "Incentive Plan"), as further described below.  As with Luokung, I did not receive any notice or opportunity to respond or be heard with respect to the CCMC Designation.  Aside from seeking legal redress in this lawsuit, Luokung and I have had no opportunity to respond and be heard about the CCMC Designation and the related deprivation of rights.  The DoD also has not published or provided Luokung or me with any guidance or information as to how the CCMC Designation could be challenged through any administrative process.

## VI.    **The Decisional Memo**

30.     No information was provided about the CCMC Designation until after this lawsuit was commenced, when the government's attorneys disclosed a three-page DoD decisional memo marked as of September 15, 2020, about the basis for the designation (the "Decisional Memo"). Nothing in the Decisional Memo indicates that Luokung is a CCMC, and it is not.

31.     As set forth above, Luokung is not owned, controlled, or affiliated with the People's

Liberation Army, or any ministry of the government of the People's Republic of China, nor is Luokung owned or controlled by any entity affiliated with the People's Republic of China's defense industrial base.  Further, Luokung is not involved in the military or defense industries.  Luokung does not design, manufacture, or provide any military or defense products, goods, or services.  Luokung provides commercial technology products and services to its global customer base.

32.     None of the facts cited in the Decisional Memo suggests that Luokung is a CCMC.  The Decisional Memo first cites to a public press release issued by Luokung from May 2019 announcing a contract between Luokung and Land Space Technology Corporation.  A true and correct copy of the referenced press release is attached as **EXHIBIT B** hereto.  Land Space is a private commercial company involved in the space industry.  It is not part of the Chinese government or military.  It is similar to and a competitor of the commercial space company SpaceX in the United States.  The referenced contract was a cooperation agreement for commercial purposes.  Cooperation agreements of this type are common in Chinese business culture, and are generally used to provide a basic framework for potential further business dealings.  The contract was a commercial agreement and had nothing to do with the Chinese military or defense.  Under the agreement, Land Space will treat Luokung as a preferred business partner to provide data management services if Land Space were to obtain any commercial satellite launch customer orders (which have not occurred to date).  Many other commercial companies have entered into cooperation agreements with Land Space as well, including a variety of Chinese commercial companies as well as British company Open Cosmos Ltd., Italian company D-Orbits SpA, and others.

33.     The Decisional Memo next cites to the fact that Luokung publicizes on its website

that it is involved in the artificial intelligence (AI) and autonomous systems business sectors. Luokung is one of many companies in China, the United States, and around the world that is involved in these business sectors for commercial purposes. AI and autonomous systems technologies are used in a wide variety of commercial applications, including the rapidly expanding commercial field of autonomous driving in which Luokung is involved. Increasingly, AI and related technologies are becoming industry standard in the commercial business sectors in which Luokung operates. For example, in the area of mapping apps and navigation systems, AI-enabled technology is becoming industry standard and is being offered by Luokung's competitors. Autonomous driving technology is likewise becoming industry standard throughout the auto industry. Luokung has invested heavily in these areas of technology to keep pace with the highly competitive commercial market in which it operates; if it did not do so, its products and services could become obsolete, to the detriment of its business and shareholders. Again, Luokung's business and services are commercial in nature, as Luokung is not involved in the military or defense industries. None of Luokung's AI or other technologies are designed for any military or defense purpose or application.

34.     The Decisional Memo next cites to public press releases issued by Luokung from July 2020 announcing contracts between Luokung and two entities affiliated with the Chinese government, China National Geospatial Information Center ("CNGIC") (part of a government agency that operates a national database of natural resources and geographic information) and Changjiang Yuntong Group Co., Ltd. ("Yuntong") (a company majority-owned by a municipal government that manages a digital city project in Wuhan, China) (misidentified in the Decisional Memo as "Yangtze River Yuntong Group Co., Ltd."). True and correct copies of the referenced press releases are attached as **EXHIBIT C** and **EXHIBIT D** (referring to Luokung as "Basket

Technologies Co., Ltd." due to a translation error) hereto.  Many Chinese companies in these sectors are State-owned enterprises, which make up a significant part of the Chinese economy. Both of these contracts were cooperation agreements pertaining to the potential provision of commercial services by Luokung to these companies and had nothing to do with the Chinese military or defense.  The CNGIC cooperation agreement was a framework for Luokung to be hired to assist in developing a cloud platform for smart government service and transportation, and to provide map services in support of environmental protection and urban planning projects, if the projects move forward (which has not occurred to date).  The Yuntong cooperation agreement was a framework for Luokung to be hired to develop a mobile application and website for parking management and a website based on a map display for emergency management for Wuhan City, if the projects move forward (which has not occurred to date).

35.     Finally, the Decisional Memo cites to the fact that Luokung's recently acquired subsidiary EMG publicizes on its website that in 2019 it established cooperation with a company called Huawei.  A true and correct copy of an announcement on EMG's website about this agreement is attached as **EXHIBIT E** hereto.  EMG is a mapping and navigation company. Huawei is a private multinational telecommunications and consumer electronics company that is principally involved in cell phones and related technologies (its competitors include companies like Apple, Samsung, and Xiaomi).  EMG's agreement with Huawei pertained to the parties interest in cooperating in the future on autonomous and internet-connected vehicle projects (which to date have not occurred) and had nothing to do with the Chinese military or defense.  Many other commercial companies have entered into cooperation agreements with Huawei as well, including a variety of Chinese commercial companies as well as prominent international companies like Siemens and Audi.

36.     None of the agreements referenced in the Decisional Memo between Luokung and other Chinese companies provided any ownership in, or any type of control over, Luokung or any of its operations or governance.  All were arms-length framework agreements about the provision of commercial services and none had anything to do with the Chinese military or defense.  In addition, the description of Luokung's business contained in the Decisional Memo section entitled "Business Summary" is entirely inaccurate.  It appears that the Decisional Memo is quoting a historical description about the business of one of Luokung's predecessor companies, not Luokung, that is several years out of date.

## VII.    The Restrictions from the Order Will Cause Immediate and Irreparable Harm

37.     The restrictions resulting from the Order, once they go into effect, will cause immediate and irreparable harm to Luokung, including cutting off Luokung's access to U.S. capital markets, interfering with the company's business relationships and ability to conduct and expand its business, and harming its reputation and goodwill among business partners and consumers. Further, Luokung's U.S. and foreign shareholders will be unfairly and irreparably harmed by the devaluation of their shares and lack of liquidity that would result from the effects of the Order. Luokung and its shareholders would not be subject to these harms but for the designation of Luokung as a CCMC, which it contends was unlawful.

38.     Luokung operates in highly competitive technology fields that include the autonomous driving, spatial-temporal big data management, and internet location based services industry sectors.  Remaining competitive in these industries, which are characterized by rapid innovation, frequent introduction of new products and services, and intense competition in the market, requires significant capital spending, including in research and development, marketing, and building and maintaining stable customers and sales channels.  Due to the demands of the

fields in which it operates and intense competition, it is critical that Luokung has the ability to grow rapidly and to continuously upgrade existing products and technologies. Luokung's business requirements thus include significant new investments on an ongoing basis. The growth of Luokung to date has been made possible by hundreds of millions of dollars of investments it has received, most of which was facilitated through the U.S. capital markets. Luokung's ability to grow and succeed is being harmed by the CCMC Designation and CCMC Prohibitions.

39.     Since its listing on the Nasdaq, Luokung has raised approximately $190 million, of which approximately $100 million was raised from U.S. investors or through U.S. financial institutions. However, the CCMC Designation and CCMC Prohibitions will cut off Luokung's access to investment from U.S. investors. The U.S. capital markets are the world's largest and most liquid source of funding, and are by far the most important source of funding for Luokung. As a result of the impacts of the CCMC Designation and CCMC Prohibitions, Luokung's ability to raise external capital will be significantly reduced and its cost of capital will increase. This will cause the company to put on hold or delay the progress of projects important to its business, including outstanding business cooperation with U.S. companies (which will in turn negatively impact those U.S. companies). Absent the CCMC Designation and CCMC Prohibitions, Luokung could proceed with such projects without interruption. This will significantly harm Luokung's business, standing, and reputation.

40.     A ban on investments in Luokung by U.S. investors will not only adversely affect Luokung's ability to obtain capital from U.S. investors and to engage in strategic transactions with U.S. companies, it will likewise harm Luokung's strategic relationships with U.S. financial institutions, particularly those with headquarters based in the United States. In addition to underwriting capital markets transactions, U.S. financial institutions also act as trusted advisors to

Luokung in connection with, for example, identifying potential transactions or business opportunities, such as acquisitions, in which Luokung could participate.  U.S. financial institutions also play an important role in facilitating Luokung's ability to obtain capital from non-U.S. investors.  If the CCMC Prohibitions take effect in light of the CCMC Designation, these U.S. organizations will be much less motivated to maintain relationships with Luokung and will focus on building relationships with its similarly-situated competitors that have not been designated. Once these critical business relationships (which are often sticky and ongoing) are formed with competitors, it will be difficult or impossible for Luokung to repair the resulting damage to its business from the loss of these relationships and connections, even if the CCMC Designation and CCMC Prohibitions are eventually lifted.

41.    The CCMC Designation and CCMC Prohibitions will also result in substantial downward pressure on Luokung's share price, as existing U.S. shareholders will be required to sell their shares and as U.S. investor demand for Luokung share purchases disappears.  This downward pressure will put Luokung at a disadvantage to its competitors and other similarly situated companies that have not been designated as CCMCs.  Beyond the fundamental disadvantage resulting from the inability to raise capital from U.S. investors, the reduction in Luokung's share price will also hinder the company's ability to raise capital elsewhere.  These hindrances will negatively impact Luokung's ability to develop new technology platforms and pursue and complete major company projects, which could be expected to lead to loss of market share.  Even if the CCMC Designation and CCMC Prohibitions are ultimately revoked later, Luokung will not be able to cure the injury to its business suffered during the period they were in effect, and many of the business opportunities it loses during that time period will not reappear.

42.    The CCMC Designation and CCMC Prohibitions will also have an ongoing adverse

effect on Luokung's business by damaging its brand reputation and market credibility.  Luokung has invested heavily in its core product and service areas to build a recognizable and well respected brand.  If Luokung's global customer base comes to see Luokung as a proxy for the Chinese military, due to the false CCMC Designation, it will be more difficult to maintain and grow this brand.  In addition, the CCMC Designation and CCMC Prohibitions have eroded market confidence in Luokung's ability to operate, and there are indications that some of its business partners will sever their relationships with Luokung due to the CCMC Designation and the associated stigma it has attached to Luokung.  This damage to the company's reputation and goodwill will result in lower sales results, further downward pressure on Luokung's share price and a weakening of its competitive position, and will have a devastating impact on Luokung's long-term business prospects.  Luokung has also heard from both shareholders and business partners that they are concerned about damage to their own business and reputations resulting merely from their association with a company that has been designated as a CCMC.

43.     Luokung is suffering concrete injury as a result of the reputational damage and stigma resulting from the CCMC Designation.  For example, within approximately one week of Luokung's listing on the Section 1237 List, Luokung's experienced and well-recognized independent director, Mr. Zhihao Xu, resigned from his position as a member of the Board of Directors.  For another example, in early March 2021, Luokung received termination notices from two important customers – advertising agencies for which Luokung had been providing advertising services.  One of the two was Luokung's second largest customer in 2020.  Both of these customers specifically informed Luokung that the terminations of Luokung's services were the direct result of the CCMC Designation.  These terminations will cause Luokung more than $10 million dollars in lost revenue in 2021 as well as irreparable damage to these longstanding business relationships.

Luokung believes that several of its other important business relationships, including relationships with U.S. companies, are likewise being jeopardized by its designation as a CCMC and that further contract terminations will follow if the designation is not removed.

44.     The CCMC Designation and CCMC Prohibitions also have had, and will continue to have, a significant negative impact on Luokung's ability to recruit and retain talented employees. As a high-tech company, Luokung relies on a pool of technical professionals and senior engineers to create and refine innovative, high-performance products and service offerings.   Given the importance of talent to Luokung's business and competitive standing, the company's management has spent a significant amount of time recruiting senior engineers and scientists.   The CCMC Designation and CCMC Prohibitions have hampered its recruiting efforts, damaged its international brand and corporate reputation, and created uncertainty about its future business prospects.   For example, since the CCMC Designation was announced, several potential recruits for senior technical positions have informed me that they are reluctant to join Luokung because of the measures the U.S. Government has taken against it.

45.     In addition, the CCMC Designation and CCMC Prohibitions will make it more difficult for Luokung to retain its existing talented employees.   Most of Luokung's employees, including myself, receive Luokung shares and/or stock options as part of their compensation, pursuant to Luokung's Incentive Plan, which regularly awards, among others,  stock options, stock appreciation rights ("SARs"), restricted stock, restricted stock units, and unrestricted stock as a significant form of compensation to its employees.   Stock options give an employee a right, but not the obligation, to buy the company shares at an agreed upon price on or after a specified date. SARs give an employee a right to receive, with respect to the shares subject to such SARs, the appreciation in the fair market price over a base price determined by the company after the vesting

period of such SARs expires, and such appreciation can be paid in cash or company shares, or both. Restricted stock are company shares that are delivered to the employee but that may not be transferred until a restrictive period expires.  Restricted stock units are the employee's right to receive shares after a vesting period expires.  Stock options, SARs, restricted stock, restricted stock units, and unrestricted stock are all forms of compensation issued by Luokung to its employees in the form of company shares, or the equivalent in cash, or are delivered to the employee after vesting and/or any other conditions are satisfied.  The number of shares becoming exercisable or transferrable with respect to such stock options, SARs and/or awards of restricted stock, unrestricted stock, or restricted stock units may be determined based on the employee's achievement of certain performance goals established by the company, such as sales, earnings and profits.  As with many technology companies, these equity grants are a very significant component of many employees' overall compensation packages.  In 2020, for example, approximately 73% of total compensation for Luokung's core employees was provided in the form of stock and stock options.  As a result of the CCMC Designation, U.S. employees (including myself), will no longer be able to purchase or vest Luokung securities once the CCMC Prohibitions go into effect, and will be required to fully divest their holdings of Luokung securities by March 9, 2022.  The impact of the CCMC Designation and CCMC Prohibitions on Luokung's stock price will significantly reduce the value of the benefits of these shares and options to employees, which will lead to further attrition of the company's core employees, and ultimately further negatively impact Luokung's business.

46.     The CCMC Designation will also harm third-party investors—both individuals and institutions—who currently hold or plan to purchase publicly traded Luokung securities.  As a consequence of the CCMC Designation and CCMC Prohibitions, U.S. persons will no longer be

able to purchase publicly traded Luokung securities once the CCMC Prohibitions go into effect, and must divest their holdings by March 9, 2022.  Luokung's thousands of U.S. shareholders will be directly harmed by these restrictions and limitations.  And all of Luokung's shareholders – both U.S. and foreign – will be unfairly and irreparably harmed by the devaluation of their shares and lack of liquidity that will result from the effects of the CCMC Designation and CCMC Prohibitions.  Since the CCMC Designation was announced, many of Luokung's shareholders have contacted Luokung and its investor relations representatives expressing concern about the harm the CCMC Prohibitions will cause them.

47.     The CCMC Designation and CCMC Prohibitions will further harm Luokung and its shareholders by effectively depriving them of a public market for Luokung's securities.  The only public trading market for Luokung's shares is Nasdaq in the United States; Luokung's shares are not currently traded on any other stock exchange.  On March 4, 2021, Nasdaq informed Luokung that as a result of the CCMC Designation and the original March 15, 2021, effective date of the CCMC Prohibitions under Executive Order 13959, Nasdaq would halt the trading of Luokung's securities at the opening of business on March 15, 2021, and file a Form 25-NSE with the Securities and Exchange Commission to remove Luokung's securities from listing and registration on The Nasdaq Stock Market.  After OFAC later confirmed that the CCMC Prohibitions would not take effect as to Luokung until May 8, 2021, Nasdaq withdrew its initial delisting letter.  However, in a March 11, 2021 letter, Nasdaq stated that unless there are changes as to Luokung's status on the Section 1237 List, Nasdaq will issue a new delisting determination to be effective May 8, 2021.  A true and correct copy of Nasdaq's March 11, 2021 letter is attached hereto as **EXHIBIT F**.  This will deprive shareholders of what is currently the only public market for Luokung's shares.  This will not only massively restrict liquidity and place enormous

downward pressure on the share price, harming Luokung's thousands of shareholders, but will also significantly impede, if not render impossible, the ability of U.S. shareholders to divest their shares if that is required, since there will be no active public market.

48.     The CCMC Designation and CCMC Prohibitions have also harmed Luokung's standing in connection with stock market indexes and the firms that track them.  On March 5, 2021, FTSE Russell – the company responsible for numerous leading stock indexes (such as the FTSE 100 and Russell 2000) – informed Luokung that it would be deleted from FTSE Russell's FTSE Global Total Cap and Micro Cap Indexes effective as of market open on March 12, 2021, due to the CCMC Designation and CCMC Prohibitions.  After OFAC later confirmed that the CCMC Prohibitions would not take effect as to Luokung until May 8, 2021, Luokung through counsel contacted FTSE Russell to inquire about its index status.  On March 15, 2021, FTSE Russell confirmed that Luokung had already been removed from the relevant indexes and would not be re-included unless Luokung's CCMC Designation were removed or the CCMC Prohibitions were rescinded.  A true and correct copy of FTSE Russell's March 15, 2021 letter is attached hereto as **EXHIBIT G**.  The removal of Luokung from these indexes will lead funds that track these indexes to divest Luokung's shares, creating further downward pressure on Luokung's share price and further harming its ability to access capital for its business.

49.     Personally, I am the beneficial owner of 1,000,000 ordinary shares of Luokung.  I also have been and remain a beneficiary of Luokung's Incentive Plan.  Grants under Luokung's Incentive Plan are and have been a significant part of my compensation, and will continue to be in the future.  The Incentive Plan was important to me when deciding whether to join the company and has remained an important reason why I have stayed with the company.  As a result of my participation in Luokung's Incentive Plan, I currently beneficially own Luokung ordinary shares.

According to the Incentive Plan, I will continue to be eligible for, and anticipate receiving, further grants under the Incentive Plan as long as I remain an employee of the company.

50.     As a result of the CCMC Designation and CCMC Prohibitions, I will be prohibited from purchasing Luokung's securities and I will no longer be able to receive awards under Luokung's Incentive Plan once the CCMC Prohibitions go into effect.  I must also divest my Luokung holdings by March 9, 2022.  This will force me to sell my shares under a compressed timeframe at a time when all other U.S. persons also would be required to divest their shares – market conditions that would depress Luokung's share price and result in a lower realization for all shareholders forced to sell their shares (including myself).  I will not only be forced to sell my shares at a price significantly lower than it would normally be, but I will also be prevented from benefiting from future share appreciation.  Being prevented from receiving awards under the Incentive Plan will also dramatically impact my compensation.  These results of the CCMC Designation and CCMC Prohibitions will have a devastating effect on me and will ultimately force me to sever my relationship with the company that I have been involved in developing for the past several years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2021, in Bellevue, Washington.

Baomin Li