**EXHIBIT A**









