# EXHIBIT B

Business

# Luokung Technology Corp. announces strategic cooperation with Land Space on establishing the measurement and control system for

May 30, 2019, 5:30 AM PDT

Luokung Technology Corp. announces strategic cooperation with Land Space on establishing the measurement and control system for rockets, satellites and earth stations with global coverage

PR Newswire

BEIJING, May. 30, 2019

BEIJING, May. 30, 2019 /PRNewswire/ -- Luokung Technology Corp. (LKCO) ("Luokung" or the "Company"), one of the global leading spatial-temporal big-data processing technology companies, a leading interactive location-based services company in China, today announced its strategic partnership with Land Space Technology Corporation Ltd. ("Land Space"). The two parties will work together and take advantage of respective strength on commercial space cooperation with satellite remote sensing data applications as the main target market. They will jointly develop domestic and foreign markets of products and services which are not limited to spatial-temporal big-data applications and aerospace application systems, and jointly build a measurement and control system for rockets, satellites and earth stations with global coverage.

On the strength of its accumulated customer resources and marketing channels in international aerospace market, Land Space will cooperate with Luokung on developing the domestic and foreign launch service markets, remote sensing data application market, and target users in different market segments. Luokung can integrate its world's first spatial-temporal cloud index technology and the world's leading spatial-temporal big data processing and algorithm technology with the business of Land Space, which will provide stable, efficient and customized spatial-temporal cloud computing support for clients in the spatial temporal big data processing, analyzing, transmission and release services in internet and mobile internet.

To build a global coverage measurement and control system for rockets, satellites and earth stations, Luokung will provide its world leading spatial-temporal cloud indexing technology, spatial-temporal big-data processing, algorithm and AI technology for real-time tracking analysis and display of position trajectory and attitude of rockets and satellites, to meet the needs of the global coverage of satellite services and mobile service universality as well as the requirements of overall network reliability and security, and to build a global information network with seamless coverage of space and earth.

About Land Space Technology Corporation Ltd.

Land Space Technology Corporation Ltd., a private innovative commercial space enterprise founded in 2015 in China, which engages in rocket developments. It is a member of international astronautical federation (IAF) and a national high-tech enterprise. Its major clients including domestic and foreign commercial satellite manufacturers, operators, scientific research institutions and universities. It has developed a new type of liquid rocket power system with its independent intellectual property rights, the "Zhuque" series carrier rocket and rocket power system with combination of liquid

oxygen and methane. It also provides one-stop customized launch service solutions for the rocket industry. On May 17, 2019, the 20-second test run of its self-developed engine named "Tianque" (tq-12) was a great success. Tianque is the first 80-ton liquid oxygen methane engine in China. It is also the third large thrust liquid oxygen methane rocket engine in the world which has completed the whole-system test assessment after the raptor engine of the SpaceX of the United States and the be-4 engine of the Blue Origin.

About Luokung Technology Corp.

Luokung Technology Corp. is one of the global leading spatial-temporal big-data processing technology companies and a leading interactive location-based services company in China. The core brands of the Company are "Luokuang" and "SuperEngine". "Luokuang" is a mobile application to provide B2C services and "SuperEngine" provides B2B and B2G services in connection with Spatial-Temporal big data. The Company's mobile application LuoKuang, provides location- based interaction services for users based on the world's first non-slicing, full-vector and full-function mobile internet map, it also provides SDK and API embedded services to LBS mobile internet developers based on its full-vector and non-slicing mobile internet map. The Company provides completed DaaS, SaaS and PaaS services in relation to spatial-temporal big data internet and internet of things relying on its proprietary patented spatial-temporal cloud indexing technology, in fields including but not limited to HD Map, 3D Map, Internet Application Map, Satellite Remote Sensing Data and Real-time trajectory. For more information please go to http://www.luokung.com.

Business Risks and Forward-Looking Statements

This news release contains forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended, and as defined in the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will", "expects", "anticipates", "future", "intends", "plans", "believes", "estimates", "target", "going forward", "outlook" and similar statements. Such statements are based upon management's current expectations and current market and operating conditions and relate to events that involve known or unknown risks, uncertainties and other factors, all of which are difficult to predict and many of which are beyond the Company's control, which may cause the Company's actual results, performance or achievements to differ materially from those in the forward-looking statements. Further information regarding these and other risks, uncertainties or factors is included in the Company's filings with the U.S. Securities and Exchange Commission. The Company does not undertake any obligation to update any forward-looking statement as a result of new information, future events or otherwise, except as required under law.

The Company:
Mr. Jay Yu
Chief Financial Officer
Tel:   +86-10-5327-4727
Email: ir@luokung.com

INVESTOR RELATIONS
PureRock Communications Limited
Email: luokung@pure-rock.com

Cision View original content:http://www.prnewswire.com/news-releases/luokung-technology-corp-announces-strategic-cooperation-with-land-space-on-establishing-the-measurement-and-control-system-for-rockets-satellites-and-earth-stations-with-global-coverage-300859080.html

SOURCE Luokung Technology Corp.

Website: http://www.luokung.com

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2021 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices     Contact Us Help