# EXHIBIT C

Business

# National Geospatial Information Center Boosts Luokung's all Aspects of Development in Application for Geospatial Information in

July 9, 2020, 5:00 AM PDT

National Geospatial Information Center Boosts Luokung's all Aspects of Development in Application for Geospatial Information industrialization

PR Newswire

BEIJING, July 9, 2020

BEIJING, July 9, 2020 /PRNewswire/ -- Luokung Technology Corp. (NASDAQ: LKCO) ("Luokung" or the "Company"), one of the global leading spatial-temporal big-data processing technology companies, a leading interactive location-based services company in China, today announced  it has entered into a strategic cooperation agreement (the "Agreement") with China National Geospatial Information Center ("CNGIC") (the "Strategic Cooperation"), and two parties initiated to conduct extensive cooperation in the field of geospatial information services, by using geospatial information and technology to promote economic and social development and service to improve governance capabilities. Luokung is in the process of the closing of a 100% acquisition of Saleya Holdings Limited, which is the Agreement signatory and will be fully responsible for the implementation of the Strategic Cooperation as a mapping services provider.

The Strategic Cooperation enhances the Company to extend the application of map data services and accelerates the marketing of the Company's holographic spatial-temporal big data digital twin platform. The Company and CNGIC are joining their forces to jointly promote the spatial-temporal data cloud platform service, by using the "SuperEngine GIS" as the spatial-temporal data operating system. The extensive cooperation will promote the wide application of geospatial information data and technical services in spatial planning, e-government, smart city, smart ecology and smart agriculture, etc. The company expects the Strategic Cooperation will enable its spatial-temporal big data related products and services to be widely adopted in many smart city and new infrastructure projects.

About National Geospatial Information Center

The National Geospatial Information Center is the institution under the National Development and Reform Commission, undertaking the construction and operation of the national natural resources and geospatial basic information database, engaging in the formulation of policies and standards for the integration and sharing of geospatial information, providing geospatial information products and related services to the state and relevant departments and organizations, and guiding local governments to conduct the construction and application of natural resources and geospatial basic information databases. In recent years, it has actively been unifying the resources of all sources, and has provided system and service integration, data integration, data mining and analysis, information product sharing and exchange, and business collaboration applications for geo-spatial information resources for macro decision-making, government application, general public and scientific research.

About Luokung Technology Corp.

Luokung Technology Corp. is one of the global leading spatial-temporal

big-data processing technology companies and a leading interactive
location-based services company in China. It provides integrated DaaS, SaaS,
and PaaS services for Internet and Internet of Things of Spatial-Temporal big
data based on its patented technology. Based on geographic information systems
and intelligent Spatial-Temporal big data, it establishes city-level and
industry-level digital twin holographic data models to actively serve smart
cities, intelligent transportation, smart industry, LBS.
http://www.luokung.com

Business Risks and Forward-Looking Statements

This news release contains forward-looking statements within the meaning of
Section 21E of the Securities Exchange Act of 1934, as amended, and as defined
in the U.S. Private Securities Litigation Reform Act of 1995. These
forward-looking statements can be identified by terminology such as "will",
"expects", "anticipates", "future", "intends", "plans", "believes",
"estimates", "target", "going forward", "outlook" and similar statements. Such
statements are based upon management's current expectations and current market
and operating conditions and relate to events that involve known or unknown
risks, uncertainties and other factors, all of which are difficult to predict
and many of which are beyond the Company's control, which may cause the
Company's actual results, performance or achievements to differ materially
from those in the forward-looking statements. Further information regarding
these and other risks, uncertainties or factors is included in the Company's
filings with the U.S. Securities and Exchange Commission. The Company does not
undertake any obligation to update any forward-looking statement as a result
of new information, future events or otherwise, except as required under law.

CONTACT:
The Company:
Mr. Jay Yu
Chief Financial Officer
Tel:  +86-10-5327-4727
Email: ir@luokung.com

INVESTOR RELATIONS
PureRock Communications Limited
Email: luokung@pure-rock.com


Cision View original
content:http://www.prnewswire.com/news-releases/national-geospatial-information-center-
boosts-luokungs-all-aspects-of-development-in-application-for-geospatial-information-
industrialization-301090753.html

SOURCE Luokung Technology Corp.

Website: www.luokung.com

Terms of Service Do Not Sell My Info (California)   Trademarks Privacy Policy
©2021 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices     Contact Us Help