**EXHIBIT D**

**□□ LUOKUNG**     English

Overview

About luokung

**Press release**

Contact us

the return of the

BEIJING, July 6, 2020 /XINHUA/ -- Basket Technologies Co., Ltd. (stock code: LKCO) (hereinafter referred to as "Basket" or "Company"), is one of the world's leading big data technology companies in time and space, And China's leading interactive travel data service company. The company announced today that it has established a deep partnership with Changjiang Yuntong Group Co., Ltd. ("Changjiang Yuntong") to carry out in-depth cooperation around their respective advantageous resources, including but not limited to multi-level cooperation in the fields of technology, products and markets in the fields of digital city construction, smart city data operation, transportation and municipal transportation and other public sector smart service solutions.

**About Changjiang Yuntong Group Co., Ltd**

"Changjiang Yuntong" is the Wuhan Municipal People's Government State-owned Assets Supervision and Administration Commission directly under the control of the only digital city investment construction and operation management platform, currently, with Wuhan Big Data Industry Development Co., Ltd., Wuhan Public Transport Zhitong Technology Co., Ltd. and other 8 companies, involving government affairs, transportation, medical, education and other fields, transportation cards, big data, cloud computing, network security and other fields widely distributed. Recently, with Alibaba Venture Capital Management Co., Ltd. co-funded the establishment of Changjiang Yuntong Smart City Technology Co., Ltd.

**About Basket Technologies Inc**

Basket Technologies is one of the world's leading big data technology services companies in time and space, and China's leading interactive travel services company. Relying on independent research and development of patented technology to provide the Internet, internet of things, space-time big data complete Daas, SaaS, PaaS services, based on geographic information systems and intelligent space-time big data to establish urban and industry-level digital twin holographic data model, actively serving smart cities, intelligent transportation, smart industry, LBS and other fields.

**Business risks and forward-looking statements**

The contents of this press release may include forward-looking statements that comply with and comply with the safe harbor definition created under Section 21E of the Securities Exchange Act of 1934 and the Private Securities Litigation Act of 1995. Forward-looking statements use terms such as "will," "expect," "expect," "future," "intend," "plan," "believe," "estimate," "target," "future," "look forward" and other similar expressions. Forward-looking statements are based on management's current expectations and current market and operating conditions, including known and unknown risks, uncertainties and other factors that are difficult to predict and are mostly difficult for the Company to control. As a result, actual results, performance or results may result in significant deviations from forward-looking statements. Please refer to the various risks and uncertainties listed in the Company's filings with the Securities and Exchange Commission. Except as required by law, we are under no obligation to update or revise forward-looking statements for any reason.

Copyright © 2020 luokung.com All Rights Reserved