# EXHIBIT E

 易图通中国领先的智能位置服务提供商

Home ‹ 简体中文 ‹ **English**

About us  Press Room  Products & Services  After-Sales Service  Partners  Careers  Contact us

**Press Room**

Industry News

**Company News**

**Company News**

Location：EMG Company News Content

### EMG and Huawei Sign Agreement to Collaborate with Each Other in Autonomous Driving and Connected Car Business

Post Time:02-01  Views:1472

eMapgo Technologies (Beijing) Co., Ltd. ("EMG") and Huawei Technologies Co., Ltd. ("Huawei") signed cooperation agreement in January 2019 to collaborate with each other in autonomous driving, connected car and intelligent transportation.



EMG and Huawei will cooperate globally in a wide range of product, platform, system and service while strengthening the technical exchanges in Connected Car, V2X (Vehicle to Everything), CVIS (Cooperative Vehicle-Infrastructure System), IoT, etc.

This is the first time that Huawei, after working with many Industry chain enterprises, has signed cooperation agreement with a map supplier. The both companies will strengthen to integrate their technologies and products in the areas of communication network, chip and HD map.

Besides, EMG's Map API has already passed compatibility test of Huawei Cloud. In the future, the both companies will deepen their cooperation in intelligent drive and smart city.




NO.20190126CN0881

# 华为认证解决方案伙伴

易图通科技（北京）有限公司

2019

企业BG　总裁
华为技术有限公司



Site Map | Privacy and Protection | Legal Statement | weibo　　　Copyright©2012 eMapgo Technologies (Beijing) Co., Ltd. All Rights Reserved.

emapgo.com.cn/news.php?id=1066　　　2/2