# EXHIBIT F



# Nasdaq Regulation

**Stanley Higgins**
Associate Vice President
Listing Qualifications
The Nasdaq Stock Market LLC
+1 301 978 8041

*Sent via Electronic Delivery to: yujie@luokung.com; EChen@PRYORCASHMAN.com; RDeMartino@schiffhardin.com*

March 11, 2021

Mr. Jie Yu
Chief Financial Officer
Luokung Technology Corp.
B9-8, Block B, SOHO Phase II, No. 9
Guanghua Road, Chaoyang District, Beijing
People's Republic of China 100020

Re:   Luokung Technology Corp. (the "Company") – Staff Determination
      Nasdaq Symbol: LKCO

Dear Mr. Yu:

As you know, on March 4, 2021, Nasdaq notified the Company that trading of its common stock would be suspended at the opening of business on March 15, 2021. Staff's delist determination was based on the U.S. Department of Defense's decision to place Luokung Technology Corporation on a list of entities operating directly or indirectly in the United States and deemed to be "Communist Chinese Military Companies" (the "Section 1237 List"), effective January 14, 2021.[1]  As such, pursuant to the Executive Order 13959 (the "EO")  U.S. persons, including both individuals and entities, would have been prohibited from engaging in the purchase for value or sale of the Company's publicly traded securities effective March 15, 2021.[2]

Subsequently, according to information provided by the Company, on March 9, 2021, the Secretary of Defense updated the listing, and, as a result, the prohibition from engaging in the purchase for value or sale of the Company's publicly traded securities will now take effect on May 8, 2021.

---

[1] See https://www.defense.gov/Newsroom/Releases/Release/Article/2472464/dod-releases-list-of-additional-companies-in-accordance-with-section-1237-of-fy/.  See also https://media.defense.gov/2021/Jan/14/2002565154/-1/-1/0/DOD-RELEASES-LIST-OF-ADDITIONAL-COMPANIES-IN-ACCORDANCE-WITH-SECTION-1237-OF-FY99-NDAA.PDF.

[2] See https://www.federalregister.gov/documents/2020/11/17/2020-25459/addressing-the-threat-from-securities-investments-that-finance-communist-chinese-military-companies and https://www.federalregister.gov/documents/2021/01/19/2021-01228/amending-executive-order-13959addressing-the-threat-from-securities-investments-that-finance.

Mr. Yu
March 11, 2021
Page 2

In light of these new facts, Nasdaq is withdrawing its delist determination letter dated March 4, 2021. However, unless there are further changes to the Company's status on the Section 1237 List, Nasdaq will issue new delist determination to be effective May 8, 2021.

If you have any questions, please contact me at +1 301 978 8041.

Sincerely,

*Stanley Higgs*