**EXHIBIT G**



15 March 2021

Mr Evan Mendelsohn  
Pryor Cashman LLP

10 Paternoster Square  
London  
EC4M 7LS  
United Kingdom

**www.ftserussell.com**

Dear Mr Mendelsohn,

Thank you for your query dated 11 March 2021 enquiring about the index status of Luokung Technology Corp.

To allow its US clients to comply with Executive Order 13959, FTSE Russell published a [notice](#) on 10 March 2021 stating that Luokung Technology Corp., together with Xiaomi Corporation, would be deleted from its Global Equity Index Series at the Hong Kong market close on 11 March 2021. FTSE Russell index clients will have acted on that notice and consequently will no longer be holding Luokung Technology Corp in their passive portfolios.

In determining the appropriate date for deleting Luokung Technology Corp. (and Xiaomi Corporation) from FTSE Russell indices, FTSE Russell was aware of the pending judgements in the US Courts regarding both Luokung Technology Corp. and Xiaomi Corporation. However, FTSE Russell received feedback from its US clients that delaying the deletion of these securities beyond 11 March 2021 would expose clients to the risk of non-compliance with the Executive Order.

As Luokung Technology Corp. has now been deleted from the FTSE Global Equity Index Series, and because Executive Order 13959 is still in place albeit with an extension to 08 May 2021 for Luokung Technology Corp., we do not consider it to be in the interests of index subscribers for Luokung Technology Corp. to be reincluded in FTSE Russell indices at this time as index subscribers will need to dispose of the security again ahead of the revised deadline.

If however Luokung Technology Corp. were to be removed permanently from the US Department of Defense Section 1237 list of Communist Chinese military companies, or if Executive Order 13959 were to be rescinded, we would of course re-evaluate the eligibility of Luokung Technology Corp. for inclusion in FTSE Russell indices.

I hope this letter helps to explain our index treatment. Please contact me if you have any further questions.

Yours sincerely

*[signature]*

Christopher Woods  
Managing Director Governance & Index Policy

"FTSE Russell" is a trading name of FTSE International Limited and Frank Russell Company and their respective subsidiary undertakings, which are members of the London Stock Exchange Group plc group. FTSE International Limited is a limited liability company registered in England and Wales under registered number 03108236 with its registered office at 10 Paternoster Square, London, England, EC4M 7LS. FTSE International Limited is authorised and regulated by the Financial Conduct Authority as a benchmark administrator. Frank Russell Company is a Washington corporation with offices at 1301 Second Avenue, Seattle, Washington 98101.