# EXHIBIT D

IMMEDIATE RELEASE

# DOD Releases List of Additional Companies, In Accordance with Section 1237 of FY99 NDAA

JAN. 14, 2021

---

Today, the Department of Defense released the names of additional "Communist Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended.

The Department is determined to highlight and counter the People's Republic of China's (PRC) Military-Civil Fusion development strategy, which supports the modernization goals of the People's Liberation Army (PLA) by ensuring its access to advanced technologies and expertise acquired and developed by even those PRC companies, universities, and research programs that appear to be civilian entities.

The Department released its initial list of companies to Congress in June 2020 and will continue to update the list with additional entities as appropriate.

For the latest list, click here.

For previous lists, click here, here and here.

---



## Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)

### Tranche 5

Advanced Micro-Fabrication Equipment Inc. (AMEC)

Luokong Technology Corporation (LKCO)

Xiaomi Corporation

Beijing Zhongguancun Development Investment Center

GOWIN Semiconductor Corp

Grand China Air Co. Ltd. (GCAC)

Global Tone Communication Technology Co. Ltd. (GTCOM)

China National Aviation Holding Co. Ltd. (CNAH)

Commercial Aircraft Corporation of China, Ltd. (COMAC)