# EXHIBIT E



**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Jack Reed
Chairman
Committee on Armed Services
United States Senate
Washington, DC  20510

Dear Mr. Chairman:

    Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

    On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

    Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

                                Sincerely,

                                Kathleen Hicks

Enclosure:
As stated

cc:
The Honorable James M. Inhofe
Ranking Member





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Adam Smith
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC  20515

Dear Mr. Chairman:

    Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

    On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

    Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

                                                  Sincerely,

Enclosure:
As stated

cc:
The Honorable Mike D. Rogers
Ranking Member





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Janet Yellen
Secretary of the Treasury
Washington, DC 20220

Dear Madam Secretary:

Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

Sincerely,

Kathleen Hicks

Enclosure:
As stated





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Antony J. Blinken
Secretary of State
Washington, DC  20520

Dear Mr. Secretary:

    Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

    On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp.  Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation.  As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

    Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

                                              Sincerely,

                                              Kathleen Hicks

Enclosure:
As stated





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Robert M. "Monty" Wilkinson
Acting Attorney General
Washington, DC  20530

Dear Mr. Attorney General:

Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

Sincerely,

*[signature]*

Enclosure:
As stated





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Gina Raimondo
Secretary of Commerce
Washington, DC  20230

Dear Madam Secretary:

Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp.  Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation.  As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

Sincerely,

Kathleen H. Hicks

Enclosure:
As stated





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable Jennifer Granholm
Secretary of Energy
Washington, DC 20585

Dear Madam Secretary:

Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

Sincerely,

*[signature]*

Enclosure:
As stated





**DEPUTY SECRETARY OF DEFENSE**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2021

The Honorable David S. Cohen
Acting Director
Central Intelligence Agency
Washington, DC 20032

Dear Mr. Acting Director:

    Section 1237(b) of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (50 U.S. Code 1701 note), as amended, requires the Secretary of Defense to determine those persons operating directly or indirectly in the United States or any of its territories and possessions that are "Communist Chinese military companies," and to submit a list of those persons in classified and unclassified form.

    On January 14, 2021 the Department of Defense named nine companies as qualifying under the criteria outlined in section 1237(b), including Luokung Technology Corp. Due to a mistransliteration, Luokung Technology Corp was incorrectly listed as Luokong Technology Corporation. As detailed in the enclosure, the Department of Defense is removing the name containing the error and replacing it with the correct spelling.

    Thank you for your attention to this issue, and we look forward to continued engagement. I am sending identical letters to the offices and agencies specified in the statute.

                                          Sincerely,

                                          Kathleen Hicks

Enclosure:
As stated



## Removed Entity Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)

Luokong Technology Corporation (LKCO)

## Qualifying Entity Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105-261)

Luokung Technology Corp (LKCO)