# EXHIBIT F



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

March 10, 2021

Shawn J. Larsen-Bright
(larsen.bright.shawn@dorsey.com)
Kathryn A. Johnson
(johnson.kate@dorsey.com)
Benjamin D. Greenberg
(greenberg.ben@dorsey.com)
Creighton Magid
(magid.chip@dorsey.com)
Dorsey & Whitney LLP

**VIA EMAIL**

Dear Counsel:

On January 14, 2021, the Secretary of Defense listed "Luokong Technology Corporation (LKCO)," pursuant to section 4(a)(ii) of E.O. 13959. This listing was erroneous. Accordingly, on March 9, 2021, the Secretary of Defense delisted "Luokong Technology Corporation (LKCO)" and listed "Luokung Technology Corp (LKCO)," pursuant to section 4(a)(ii) of E.O. 13959. As such, the prohibition in section 1(a)(ii) of E.O. 13959 will take effect with respect to Luokung Technology Corp (LKCO) 60 days after March 9, 2021 (i.e., May 8, 2021), and the prohibition in section 1(c) of E.O. 13959 will take effect with respect to Luokung Technology Corp (LKCO) 365 days after March 9, 2021 (i.e., March 9, 2022).

Sincerely,

**Bradley T. Smith**
Digitally signed by Bradley T. Smith
Date: 2021.03.10 13:08:36 -05'00'

Bradley T. Smith
Acting Director
Office of Foreign Assets Control

Cc:
Lawrence A. Ward
(ward.lawrence@dorsey.com)
Joseph Borson
(joseph.borson@usdoj.gov)
Stephen M. Elliott
(stephen.m.elliott@usdoj.gov)
James R. Powers
(james.r.powers@usdoj.gov)