# EXHIBIT G

# U.S. DEPARTMENT OF THE TREASURY

## FINANCIAL SANCTIONS

Specially Designated Nationals And Blocked Persons List (SDN)

SDN List - Data Formats & Data Schemas

Consolidated List Sanctions

Recent Actions

Search OFAC's Sanctions List

Additional Sanctions Lists

Sanctions Programs and Country Information

OFAC License Applications Page

Additional OFAC Resources

Frequently Asked Questions

Civil Penalties and Enforcement Information

OFAC Reporting System

Contact OFAC

## Frequently Asked Questions

Search all FAQs

# CHINESE MILITARY COMPANIES SANCTIONS

**881. When do the prohibitions in Executive Order 13959, as amended (E.O. 13959), apply with respect to Luokung Technology Corp. (LKCO)?**

On January 14, 2021, the Secretary of Defense listed Luokong Technology Corporation (LKCO), pursuant to section 4(a)(ii) of E.O. 13959  .  This listing was erroneous.  Accordingly, on March 9, 2021, the Secretary of Defense delisted Luokong Technology Corporation (LKCO) and listed Luokung Technology Corp. (LKCO), pursuant to section 4(a)(ii) of E.O. 13959.  As such, the prohibition in section 1(a)(ii) of E.O. 13959 will take effect with respect to Luokung Technology Corp. (LKCO) 60 days after March 9, 2021 (i.e., May 8, 2021), and the prohibition in section 1(c) of E.O. 13959 will take effect with respect to Luokung Technology Corp. (LKCO) 365 days after March 9, 2021 (i.e., March 9, 2022).

March 14, 2021