# EXHIBIT H

CUI

As Of: 9/15/20

**Luokung Technology Corporation (LKCO)**
Beijing, China

**BUSINESS SUMMARY:**
Luokung Technology Corp., formerly Kingtone Wirelessinfo Solution Holding Ltd, is a holding company. The Company is a developer and provider of mobile enterprise solutions. The Company's mobile enterprise solutions allow company personnel whose work function requires mobility to be connected with enterprise information technology (IT) systems, including Enterprise Asset Management (EAM), Enterprise Resource Planning (ERP), Supply Chain Management (SCM), and Customer Relationship Management (CRM). Its software enables these systems to get extended to personnel in the field using wireless devices, such as smart phones, Personal Digital Assistant (PDA), cameras, barcode scanners, portable printers, global positioning system (GPS) devices, and tablet computers. Its mobile enterprise solutions also contain custom software applications for specific industries and businesses.[11]

**FACTOR 1: The entity must be owned, controlled, or affiliated with the People's Liberation Army (PLA), government ministries People's Republic of China (PRC), or affiliated with the PRC defense industrial base.**

- Luokung and its strategic partner LandSpace Technology Corporation Ltd. work together on commercial space cooperation, focusing on satellite remote sensing data applications. They jointly develop products and services for domestic and foreign markets including spatial-temporal big-data applications, aerospace application systems, and measurement and control systems for rockets, satellites and earth stations with global coverage.[12] Space systems according to the 2019 DoD Industrial Capabilities Report are considered a Traditional Sector of the Defense Industrial Base and a Critical Technology for modern military operations.
- Luokung, through several of its subsidiaries, designs and employs Artificial Intelligence and Autonomous Systems which according to the 2019 DoD Industrial Capabilities Report are considered Critical Technologies used for modern military purposes.[13]
- In July 2020, Luokung entered into a strategic cooperation agreement with China National Geospatial Information Center which is an institution under the National Development and Reform Commission. Together they are undertaking the construction and operation of the national natural resources and geospatial basic information database, engaging in the formulation of policies and standards for the integration and sharing of geospatial information, providing geospatial information products and related services to the state and relevant departments and organizations, and guiding local governments to conduct the construction and application of natural resources and geospatial basic

---

[11] Thomson Reuters Eikon, *Business Summary*
[12] Bloomberg, *Press Release*, https://www.bloomberg.com/press-releases/2019-05-30/luokung-technology-corp-announces-strateg ic-cooperation-with-land-space-on-establishing-the-measurement-and-control-system-for
[13] Company Website, *Our Company*

CUI

  information databases. The agreement is intended to promote the wide application of geospatial information data and technical services in spatial planning, e-government, smart city, smart ecology, and smart agriculture.[14] This agreement constitutes close affiliation with the main body of PRC economic regulation and planning and potential affiliation with the surveillance capabilities of the PRC National Police.
- In July 2020, Luokung established an in-depth partnership with the State-Owned Enterprise (SOE) Yangtze River Yuntong Group Co., Ltd. to provide cooperation on digital city construction, smart city data operation, transportation, and municipal administration multi-level cooperation in technologies, products, and markets in areas such as smart service solutions for public industries.[15] This agreement constitutes close affiliation with the PRC and potential affiliation with the surveillance capabilities of the PRC National Police.
- In 2019, Luokung's wholly owned subsidiary eMapgo Technologies (Beijing) Co., Ltd.[16] established comprehensive cooperation with Huawei Investment & Holding Co., Ltd a company determined to be a CCMC meeting the criteria as defined in section 1237 of the FY99 National Defense Authorization Act, as amended.[17]

Luokung meets the criteria for Factor 1.

**FACTOR 2: The entity must be engaged in commercial services, manufacturing, producing, or exporting.**

- Luokung is publicly traded on the NASDAQ Capital Market Consolidated Stock Exchange. The company manufactures and supplies products and services within the PRC and abroad for commercial use and profit.[18]

Luokung meets the criteria for Factor 2.

**FACTOR 3: An entity must be operating directly or indirectly in the United States.**

- Luokung's wholly owned subsidiary Yitutong Technology (Beijing) Co., Ltd. was selected by U.S. based Ford Motor Company to be Ford's China based operations designated supplier of HD maps for autonomous driving.[19]
- Luokung's wholly owned subsidiary eMapgo provides geographic information services to several U.S. based companies including, McDonald's, KFC, Starbucks, and UPS.[20]
- Luokung is a publicly traded company on the NASDAQ Capital Market Consolidated Stock Exchange and has multiple U.S. based shareholders as of September 4, 2020.[21]

Luokung meets the criteria for Factor 3.

---

[14] Bloomberg, *Press Release*, https://www.bloomberg.com/press-releases/2020-07-09/national-geospatial-information-center-boosts-luokung-s-all-aspects-of-development-in-application-for-geospatial-information-in
[15] Company Website, *Press Release*, https://www.luokung.com/cn/press/90.html
[16] Company Website, *Our Company*
[17] eMapgo Website, *Company History*, http://www.emapgo.com.cn/index.php?id=149
[18] Thomson Reuters Eikon, *Overview*
[19] Company Website, *Press Release*, https://www.luokung.com/cn/press/82.html
[20] eMapgo Website, *Company Overview*, http://www.emapgo.com.cn/index.php?id=148
[21] Thomson Reuters Eikon, *Shareholder Report*

**DETERMINATION**

Luokung Technology Corp. meets the criteria as defined by section 1237 of the FY99 National Defense Authorization Act, as amended and is determined to be a CCMC.