# EXHIBIT J



**BENJAMIN D. GREENBERG**
**Partner**
**(206) 903-5442**
**FAX (206) 260-9104**
**greenberg.ben@dorsey.com**

February 8, 2021

**VIA EMAIL**

Stephanie Carr, Chief
OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155
whs.mc-alex.esd.mbx.osd-js-foia-requester-
service-center@mail.mil

> Re:    **Freedom of Information Act (FOIA) Request to U.S. Department of Defense,**
> **Office of Secretary and Joint Staff**
> ***And***
> **Request for Expedited Processing of FOIA Request**

Dear Ms. Carr:

Dorsey & Whitney LLP represents Luokung Technology Corp. ("Luokung").  This is a request under the Freedom of Information Act (5 U.S.C. § 552).

Pursuant to 32 CFR 286.8(e), we request that this FOIA request be processed and responded to on an expedited basis, as a loss of substantial due process rights is imminent to Luokung and its U.S. shareholders.  A detailed statement further explaining the need for expedited processing and the due process rights that will be lost is attached hereto as **Attachment A**.

By way of background, on January 14, 2021, the U.S. Department of Defense ("DoD") placed "Luokong Technology Corporation (LKCO)" on a list of entities operating directly or indirectly in the United States and deemed to be "Communist Chinese military companies" under Executive Order 13959, issued by former President Trump on November 12, 2020.  *See* **Attachment B**.  The DoD list is maintained under the authority of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (the "Section 1237 List").

We request that a copy of the following documents, or documents containing the following information, be provided on an expedited basis:

- All documents and communications, inclusive of those in electronic form or format, or any other records in the DoD's possession or control, regardless of physical form or characteristics, relating to the DoD's listing or decision to list "Luokong Technology Corporation (LKCO)" on the Section 1237 List, including, but not limited to, any policy memorandums, communications, or other documents identifying or detailing the basis or



Stephanie Carr, Chief
February 8, 2021
Page 2

reason(s) for the inclusion of "Luokong Technology Corporation (LKCO)" on the Section 1237 List; and

- All documents and communications, inclusive of those in electronic form or format, or any other records in the DoD's possession or control, regardless of physical form or characteristics, relating to the DoD's "methodology" for the 1237 List identified in the Deputy Secretary of Defense's June 24, 2020 letter to Senator Tom Cotton. *See* **Attachment C**.

In order to help determine my status for the purpose of determining the applicability of any fees, you should know that my name is Benjamin Greenberg, and I am an attorney with the law firm of Dorsey & Whitney LLP. We are willing to pay fees for this request. If you estimate the fees will exceed $1,000, please inform me before processing the request. I look forward to hearing your response within the expedited processing (10 calendar days) time period.

Please do not hesitate to contact me, or my colleague Shawn Larsen-Bright, to discuss this request. My phone number is (206) 903-5442, and Mr. Larsen-Bright's phone number is (206) 903-2417. We can be reached at these numbers during normal business hours from 8:00 am to 6:00 pm Pacific Standard Time.

Thank you for your time and consideration of this request.

Sincerely,

Benjamin D. Greenberg
Partner

cc: Shawn Larsen-Bright
    Kate Johnson

Enclosures: Attachments A, B, and C

4849-5468-0283\4

# ATTACHMENT A

## CERTIFIED STATEMENT TO SUPPORT EXPEDITED PROCESSING

I, Xuesong Song, hereby declare as follows:

1.      I am the Chairman and Chief Executive Officer of Luokung Technology Corp. ("Luokung").  I am over eighteen years of age and competent to testify to the matters set forth herein.

### I.      BACKGROUND OF 1237 LIST DESIGNATION

2.      On November 12, 2020, citing his authority under the International Emergency Economic Powers Act, then-President Trump issued Executive Order 13959.  Exec. Order No. 13959, 85 Fed. Reg. 73185 (Nov. 12, 2020).  As relevant here, Executive Order 13959 prohibits transactions by any U.S. persons in publicly traded securities (and any derivative or related securities) of certain companies that the Department of Defense, in consultation with the Department of the Treasury, designates as a "Communist Chinese military company" ("CCMC"). President Trump amended Executive Order 13959 on January 13, 2021.  Exec. Order No. 13974, 86 Fed. Reg. 4875 (Jan. 13, 2021).  As amended, the Executive Order provides that the prohibitions on transactions of CCMC securities take effect 60 days after a company is designated as a CCMC, except that U.S. persons may continue to transact in such securities for the sole purpose of divestment for 365 days following a company's designation.

3.      Executive Order 13959, as amended (hereinafter, the "Order"), provides that its restrictions apply to CCMCs, which, as relevant here, are defined as "any person that the Secretary of Defense, in consultation with the Secretary of the Treasury, publicly lists as a [CCMC] meeting the criteria in section 1237(b)(4)(B)" of the National Defense Authorization Act for Fiscal Year 1999, as amended, "and that operates directly or indirectly in the United States or any of its possessions."  Exec. Order No. 13959, 85 Fed. Reg. 73185 § 4(a)(ii) (Nov. 12, 2020), as amended by Exec. Order No. 13974, 86 Fed. Reg. 4875 § 2 (Jan. 13, 2021).  Section 1237, in turn, defines a CCMC as any person that "(i) is owned or controlled by, or affiliated with, the People's Liberation Army or a ministry of the government of the People's Republic of China or that is

CERTIFIED STATEMENT IN SUPPORT OF
REQUEST FOR EXPEDITED PROCESSING - 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4833-4125-4107\4

owned or controlled by an entity affiliated with the defense industrial base of the People's Republic of China; and (ii) is engaged in providing commercial services, manufacturing, producing, or exporting." 50 U.S.C. § 1701 note, Pub. L. 105–261 § 1237, 112 Stat. 2160 (Oct. 17, 1998), amended by Pub. L. 106–398 § 1233, 114 Stat. 1654 (Oct. 30, 2000) and Pub. L. 108–375 § 1222, 118 Stat. 2089 (Oct. 28, 2004) (hereinafter "Section 1237").

4.     Section 1237 directs the Department of Defense to produce a list of CCMCs no later than March 1, 2001, and to update the list on an annual basis. The first time the agency issued such a list was on June 24, 2020. The agency issued supplemental lists on August 28, 2020, and December 3, 2020.

5.     On January 14, 2021, the Department of Defense issued another supplemental list designating "Luokong Technology Corporation (LKCO)" and eight other companies as CCMCs.

6.     The Section 1237 List incorrectly states Luokung's name as "Luokong" and incorrectly includes the full word "Corporation" when the company's name actually includes the word "Corp." Thus, Luokung's name is a close match but not an exact name-match to the name listed on the Section 1237 List.

7.     The Department of Defense did not provide any explanation for its decision to designate "Luokong Technology Corporation (LKCO)" as a CCMC or identify the factual basis on which the designation was based.

8.     Luokung is not "owned or controlled by, or affiliated with, the People's Liberation Army or a ministry of the government of the People's Republic of China," or "owned or controlled by an entity affiliated with the defense industrial base of the People's Republic of China." Section 1237. Luokung is a publicly traded, independently managed, corporation that provides location-based services and big data processing technology for civilian or commercial purposes, or public services. Luokung is not owned or controlled by, or otherwise affiliated with, the Chinese government or military, or owned or controlled by any entity affiliated with the Chinese defense industrial base, and no Chinese government or military, or any entity affiliated with the defense industrial base, possesses the ability to exert control over the management or affairs of the

CERTIFIED STATEMENT IN SUPPORT OF
REQUEST FOR EXPEDITED PROCESSING - 2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4833-4125-4107\4

company.

9.      As a result of the Department of Defense's designation of Luokung as a CCMC, U.S. persons would be prohibited, under the Order, from engaging in transactions in publicly traded Luokung securities as of March 15, 2021, except for transactions that are solely to divest, in whole or in part, such securities during the one-year divestment period.  As of January 14, 2022, direct or indirect possession of any Luokung publicly traded securities by any U.S. person would be prohibited under the Order.

10.     The U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") on January 26, 2021 issued General License 1A, which permits until May 27, 2021 trading of securities and derivatives of certain entities whose names "closely match" but are not an exact match with those on the Section 1237 List.  As a result of the misstatement of Luokung's name on the 1237 List, Luokung believes that it qualifies under General License 1A, and has sought confirmation from OFAC in this regard, but has not received any such confirmation to date.

11.     The restrictions resulting from the Order, once they go into effect, will cause immediate and irreparable harm to Luokung, including by cutting off Luokung's access to U.S. capital markets, interfering with the company's business relationships and ability to conduct and expand its business, and harming its reputation and goodwill among business partners and consumers.  Further, Luokung's U.S. and foreign shareholders will be unfairly and irreparably harmed by the devaluation of their shares and lack of liquidity that would result from the effects of the Order.  Luokung and its shareholders would not be subject to these harms but for the designation of Luokung as a CCMC, which it contends was unlawful.

## II.      DESCRIPTION OF DUE PROCESS RIGHTS VIOLATION

12.     Luokung is a foreign entity with substantial connections with the United States.  As such, it is entitled to the protections of due process.

13.     The designation of Luokung as a CCMC and resulting restrictions under the Order deprive Luokung of its property and other rights, including its rights to access U.S. capital markets, its relationships with shareholders, financial institutions, business partners and other members of

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

the public, its ability to effectively operate in its chosen business, and its reputation and professional goodwill.

14.     Luokung received no notice of its designation as a CCMC before the list was published on January 14, 2021, nor did it receive any explanation for the designation, notice of any material on which the agencies relied, or any opportunity to respond and be heard on the designation and the restrictions imposed by the Order.

15.     Luokung contends that its designation as a CCMC is unconstitutional because it deprives Luokung of its rights without due process of law.

16.     Accordingly, Luokung asserts that it is entitled to the information in its accompanying FOIA request on an expedited basis, in order to obtain information on the underlying basis for the Department of Defense's designation of Luokung on the 1237 List as soon as possible and before the restrictions under the Order become effective, which is as soon as March 15, 2021.  A substantial loss of due process rights is imminent.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _____7_____ day of February, 2021 at Beijing, China.

_____
Xuesong Song

CERTIFIED STATEMENT IN SUPPORT OF
REQUEST FOR EXPEDITED PROCESSING - 4

4833-4125-4107·4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ATTACHMENT B**

## IMMEDIATE RELEASE

# DOD Releases List of Additional Companies, In Accordance with Section 1237 of FY99 NDAA

JAN. 14, 2021

---

Today, the Department of Defense released the names of additional "Communist Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999, as amended.

The Department is determined to highlight and counter the People's Republic of China's (PRC) Military-Civil Fusion development strategy, which supports the modernization goals of the People's Liberation Army (PLA) by ensuring its access to advanced technologies and expertise acquired and developed by even those PRC companies, universities, and research programs that appear to be civilian entities.

The Department released its initial list of companies to Congress in June 2020 and will continue to update the list with additional entities as appropriate.

For the latest list, click here.

For previous lists, click here, here and here.

---



**<u>Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)</u>**

**Tranche 5**

Advanced Micro-Fabrication Equipment Inc. (AMEC)

Luokong Technology Corporation (LKCO)

Xiaomi Corporation

Beijing Zhongguancun Development Investment Center

GOWIN Semiconductor Corp

Grand China Air Co. Ltd. (GCAC)

Global Tone Communication Technology Co. Ltd. (GTCOM)

China National Aviation Holding Co. Ltd. (CNAH)

Commercial Aircraft Corporation of China, Ltd. (COMAC)

# ATTACHMENT C



# DEPUTY SECRETARY OF DEFENSE
### 1010 DEFENSE PENTAGON
### WASHINGTON, DC 20301-1010

JUN 2 4 2020

The Honorable Tom Cotton
United States Senate
Washington, DC 20510

Dear Senator Cotton:

Thank you for your letter identifying section 1237 of the National Defense Authorization Act for FY 1999, as amended, as a potential tool to support our efforts to compete with China. I agree with your assessment that long-term, steady-state competition with China is one of the defining challenges of our time. It is imperative that we review all tools at our disposal to ensure that our exchanges with China do not harm our national security or economic competitiveness.

To answer your specific questions:

"When was this list of Communist Chinese military companies operating in the United States last updated by the Department of Defense?"

The 106th Congress directed the Department of Defense (DoD) to take action. Upon learning this, my staff developed a methodology and produced an initial list of companies that meet the congressionally-directed criteria in section 1237. DoD has coordinated with executive branch agencies and is providing Congress our initial findings.

"As part of your commitment to achieving the goals set out in the 2018 National Defense Strategy, will you commit to updating and publicly releasing this list as soon as possible?"

The enclosed list has been cleared for public release. Thank you for your attention to this issue, and we look forward to continued engagement.

Sincerely,

Enclosure:
As stated

**Qualifying Entities Prepared in Response to Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (PUBLIC LAW 105–261)**

Aviation Industry Corporation of China (AVIC)

China Aerospace Science and Technology Corporation (CASC)

China Aerospace Science and Industry Corporation (CASIC)

China Electronics Technology Group Corporation (CETC)

China South Industries Group Corporation (CSGC)

China Shipbuilding Industry Corporation (CSIC)

China State Shipbuilding Corporation (CSSC)

China North Industries Group Corporation (Norinco Group)

Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)

Huawei

Inspur Group

Aero Engine Corporation of China

China Railway Construction Corporation (CRCC)

CRRC Corp.

Panda Electronics Group

Dawning Information Industry Co (Sugon)

China Mobile Communications Group

China General Nuclear Power Corp.

China National Nuclear Corp.

China Telecommunications Corp.

CLEARED
For Open Publication

Jun 12, 2020

Department of Defense
OFFICE OF PREPUBLICATION AND SECURITY REVIEW

20-S-1496