# EXHIBIT K



**DEPARTMENT OF DEFENSE**
FREEDOM OF INFORMATION DIVISION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

Ref: 21-F-0553
February 9, 2021

Mr. Benjamin Greenberg
Dorsey Always Ahead
701 Fifth Avenue
Seattle, Washington 98104

Dear Mr. Greenberg:

This is an interim response to your February 8, 2021 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on February 8, 2021, and assigned it FOIA case number 21-F-0553. We ask that you use this number when referring to your request.

Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances that impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more, of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for the Office of the Secretary of Defense (OSD), the Joint Staff (JS), and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required record searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

Expedited processing may be granted when the requester demonstrates a compelling need for the information and shows that the information has a particular value that would be lost if not processed on an expedited basis. A key word here is "demonstrates." Therefore, it is incumbent upon you to demonstrate that the requested records will serve an urgency purpose and that they will also be meaningful in the sense that they will provide a greater understanding of actual or alleged federal government activity on the part of the public-at-large than that which existed before such information was disseminated. Consequently, it must be clearly demonstrated that such information has a particular value that will be lost if not disseminated quickly. After carefully considering your request, this Office finds that you have not clearly demonstrated how the information will lose its value if not processed on an expedited basis. For this reason, your request for expedited processing is denied.

Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3,569 open requests.

If you have requested a fee waiver, please note that decisions to waive or reduce fees are made on a case-by-case basis, and we will make a determination concerning your fee waiver request at the conclusion of the search and assessment of responsive records, should they exist. However, this office will only assess fees if we provide the final response to your FOIA request within the statutory time allotted by the FOIA or if the responsive records total more than 5,000 pages, even after a good faith effort on our part to limit the scope of your request.

In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests.  If you wish to narrow the scope of your request or have questions about the foregoing, please do not hesitate to contact the Action Officer assigned to your request, Erica L. Beckett, at erica.l.beckett.civ@mail.mil or 571-372-0411.

Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

Should you wish to inquire about mediation services, you may contact the OSD/JS FOIA Public Liaison, Tonya R. Fuentes, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil, or the Office of Government Information Services (OGIS) at the National Archives and Records Administration.  The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, MD 20740
> E-mail: ogis@nara.gov
> Telephone: 202-741-5770
> Fax: 202-741-5769
> Toll-free: 1-877-684-6448

You have the right to appeal to the appellate authority, Ms. Joo Chung, Director of Oversight and Compliance, Office of the Secretary of Defense, by writing directly to the following address:  4800 Mark Center Drive, ATTN:  DPCLTD, FOIA Appeals, Mailbox# 24, Alexandria, VA  22350-1700.

Your appeal must be postmarked within 90 calendar days of the date of this response. Alternatively, you may email your appeal to osd.foia-appeal@mail.mil.  If you use email, please include the words "FOIA Appeal" in the subject of the email.  Please also reference FOIA case number 21-F-0553 in any appeal correspondence.

      We regret the delay in responding to your request and appreciate your patience. As previously stated, please contact the Action Officer assigned to your request, Erica L. Beckett, and reference FOIA case number 21-F-0553, if you have any questions or concerns.

                        Sincerely,

                     For *RStrong*
                     Stephanie L. Carr
                     Chief

Enclosure:
As stated



21-F-0553

BENJAMIN D. GREENBERG<br>
Partner<br>
(206) 903-5442<br>
FAX (206) 260-9104<br>
<u>greenberg.ben@dorsey.com</u>

February 8, 2021

<u>VIA EMAIL</u>

Stephanie Carr, Chief
OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil

   **Re: Freedom of Information Act (FOIA) Request to U.S. Department of Defense, Office of Secretary and Joint Staff**
      *And*
      **Request for Expedited Processing of FOIA Request**

Dear Ms. Carr:

  Dorsey & Whitney LLP represents Luokung Technology Corp. ("Luokung"). This is a request under the Freedom of Information Act (5 U.S.C. § 552).

  Pursuant to 32 CFR 286.8(e), we request that this FOIA request be processed and responded to on an expedited basis, as a loss of substantial due process rights is imminent to Luokung and its U.S. shareholders. A detailed statement further explaining the need for expedited processing and the due process rights that will be lost is attached hereto as **Attachment A**.

  By way of background, on January 14, 2021, the U.S. Department of Defense ("DoD") placed "Luokong Technology Corporation (LKCO)" on a list of entities operating directly or indirectly in the United States and deemed to be "Communist Chinese military companies" under Executive Order 13959, issued by former President Trump on November 12, 2020. *See* **Attachment B**. The DoD list is maintained under the authority of Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 (the "Section 1237 List").

  We request that a copy of the following documents, or documents containing the following information, be provided on an expedited basis:

- ==All documents and communications, inclusive of those in electronic form or format, or any other records in the DoD's possession or control, regardless of physical form or characteristics, relating to the DoD's listing or decision to list "Luokong Technology Corporation (LKCO)" on the Section 1237 List, including, but not limited to, any policy memorandums, communications, or other documents identifying or detailing the basis or==



Stephanie Carr, Chief
February 8, 2021
Page 2

- reason(s) for the inclusion of "Luokong Technology Corporation (LKCO)" on the Section 1237 List; and

- All documents and communications, inclusive of those in electronic form or format, or any other records in the DoD's possession or control, regardless of physical form or characteristics, relating to the DoD's "methodology" for the 1237 List identified in the Deputy Secretary of Defense's June 24, 2020 letter to Senator Tom Cotton. *See* **Attachment C**.

In order to help determine my status for the purpose of determining the applicability of any fees, you should know that my name is Benjamin Greenberg, and I am an attorney with the law firm of Dorsey & Whitney LLP. We are willing to pay fees for this request. If you estimate the fees will exceed $1,000, please inform me before processing the request. I look forward to hearing your response within the expedited processing (10 calendar days) time period.

Please do not hesitate to contact me, or my colleague Shawn Larsen-Bright, to discuss this request. My phone number is (206) 903-5442, and Mr. Larsen-Bright's phone number is (206) 903-2417. We can be reached at these numbers during normal business hours from 8:00 am to 6:00 pm Pacific Standard Time.

Thank you for your time and consideration of this request.

Sincerely,

*Ben Greenberg*

Benjamin D. Greenberg
Partner

cc: Shawn Larsen-Bright
    Kate Johnson

Enclosures: Attachments A, B, and C

4849-5468-0283\4