# EXHIBIT M

# Greenberg, Ben

| | |
|---|---|
| **From:** | Schlesinger, Dovid T CTR (USA) <dovid.t.schlesinger.ctr@mail.mil> |
| **Sent:** | Tuesday, February 16, 2021 5:23 AM |
| **To:** | Greenberg, Ben |
| **Cc:** | OSD MC-ALEX OCMO Mailbox DFOIPO FOIA-APPEALS |
| **Subject:** | [EXTERNAL] 21-A-0553-A1 FOIA Appeal Interim Response, for FOID case number #21-F-0553 |

Mr. Greenberg,

This is in response to your Freedom of Information Act (FOIA) appeal. We received your appeal in this office on February 12th, 2021. The reference number for this appeal is 21-A-0553-A1.

Due to an extremely heavy FOIA workload, we are unable to complete your appeal within the statutory time requirement. In fairness to the general public, we make every effort to treat all requesters equally. Accordingly, responses are made on a first in, first-out, easy-hard basis, and controlled in response queues.  When the appellate review of your case is complete, you will be notified by the appellate authority, the Director of Oversight and Compliance, Office of the Secretary of Defense, of the final decision.  You may direct any questions concerning this appeal to our FOIA appeals team at osd.mc-alex.ocmo.mbx.dfoipo-foia-appeals@mail.mil.


V/r,

David Schlesinger
FOIA Appeals Analyst
Defense Privacy, Civil Liberties, and Transparency Division
Office of the Secretary of Defense

**From:** greenberg.ben@dorsey.com <greenberg.ben@dorsey.com>
**Sent:** Friday, February 12, 2021 12:53 PM
**To:** OSD MC-ALEX OCMO Mailbox DFOIPO FOIA-APPEALS <osd.mc-alex.ocmo.mbx.dfoipo-foia-appeals@mail.mil>
**Cc:** larsen.bright.shawn@dorsey.com; johnson.kate@dorsey.com
**Subject:** [Non-DoD Source] Freedom of Information Act (FOIA) Appeal of Denial of Request for Expedited Processing of FOIA Request _ FOIA Case Number: 21-F-0553

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Ms. Chung,

Please find the attached Freedom of Information Act (FOIA) Appeal of Denial of Request for Expedited Processing of FOIA Request (FOIA Case Number: 21-F-0553). Please confirm receipt of the attached, and let us know if you have any questions.  We look forward to your prompt decision.

Regards,

**Benjamin D. Greenberg**
**Partner**



DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100 | Seattle, WA 98104-7043
**P:**206.903.5442  **F:** 206.260.9104  **C:** 206.412.9461

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted  the e-mail, all attachments and any copies thereof. Thank you.*