# EXHIBIT N



**OFFICE OF THE DIRECTOR OF ADMINISTRATION AND MANAGEMENT**
1950 DEFENSE PENTAGON
WASHINGTON, DC 20301-1950

Ref:  21-F-0553
21-A-0553-A1

Mr. Benjamin Greenberg
Dorsey& Whitney LLP
701 Fifth Avenue
Seattle, Washington 98104

Dear Mr. Greenberg:

This responds to your Freedom of Information Act (FOIA) appeal, dated February 12, 2021.  You appealed the decision of the Freedom of Information Division to deny your request for expedited processing of your February 8, 2021, FOIA request.

Your client's appeal asserts that "Luokung is entitled to the information in the FOIA request on an expedited basis, in order to obtain information on the underlying basis for the DoD's designation of Luokung on the Section 1237 List as soon as possible and before the restrictions under the Executive Order become effective, which may be as soon as March 15, 2021.  In short, a substantial loss of due process rights is imminent."  The imminent loss of due process rights is recognized as a basis for expedited processing under 32 C.F.R. § 286.8(e)(1)(ii)(A), which states that "[e]xpedited processing is granted to a requester if loss of substantial due process rights is imminent." A requester seeking expedited processing on this basis "must submit a statement, certified to be true and correct, explaining in detail the basis for making the request for expedited processing," which statement "must include a description of the due process rights that would be lost." 32 C.F.R. § 286.8(e)(3).

After carefully considering your appeal, I have determined that your client's request for expedited processing should be granted.  As a result of this approval, your request will be placed ahead of other pending requests in the queue.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

CHUNG.JOO.
Y.1512306507

Digitally signed by
CHUNG.JOO.Y.1512306507
Date: 2021.03.23 10:41:02
-04'00'

Joo Y. Chung
Director
Oversight and Compliance

cc:
FOID