UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUOKUNG TECHNOLOGY CORP. et al.,<br><br>    *Plaintiffs,*<br>  v.<br><br>U.S. DEPARTMENT OF DEFENSE et al.,<br><br>    *Defendants.* | Case No. 1:21-cv-00583-RC |

**PRELIMINARY INJUNCTION ORDER**

THIS MATTER has come before this Court on Plaintiffs Luokung Technology Corp. ("Luokung"), Baomin Li, and Raymond Weiman Bai's Motion for Preliminary Injunction (the "Motion") against Defendants the Department of Defense; Secretary of Defense Lloyd J. Austin III, in his official capacity; the United States Department of the Treasury; Secretary of the Treasury Janet L. Yellen, in her official capacity; and President Joseph R. Biden Jr., in his official capacity (collectively, "Defendants"). The Court has reviewed and considered the Motion and all papers filed in support, in opposition, and in reply, as well as the pleadings and other papers filed herein; has heard the argument of counsel during a hearing on May 3, 2021; and being otherwise fully apprised and informed in all respects as to the matters herein;

Now, therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion is GRANTED.

2. The Court finds that Plaintiffs have established that (a) they are likely to succeed on the merits with respect to one or more of their claims that the designation of Luokung as a "Communist Chinese military company" under Section 1237 of the National Defense Authorization Act for Fiscal Year 1999 NDAA FY99, Pub. L. 105-261, 112 Stat. 2160 (Oct. 17,

1998), as amended, and the resulting restrictions prohibiting U.S. persons from engaging in any transaction in publicly traded securities, or any securities that are derivative of, or are designed to provide investment exposure to such securities of Luokung, pursuant to Executive Order 13959, 85 Fed. Reg. 73185 (Nov. 12, 2020), as amended by Executive Order 13974, 86 Fed. Reg. 4875 (Jan. 13, 2021), were *ultra vires* and violated the Administrative Procedure Act and the Fifth Amendment; (b) that Plaintiffs are likely to suffer irreparable harm; (c) the balance of equities tips in favor of Plaintiffs; and (d) a preliminary injunction is in the public interest.  *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

3. Defendants are hereby enjoined from implementing or enforcing the Department of Defense's designation of Plaintiff Luokung as a Communist Chinese military company and the resulting restrictions pursuant to Executive Order 13959.

4. The requirement for a bond under Fed. R. Civ. P. 65(c) is hereby waived, based on the fact that there is no risk that the Defendants will suffer monetary harm by the issuance of this injunction and other considerations.

IT IS SO ORDERED.

Dated: _____

_____
Rudolph Contreras
United States District Judge