UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUOKUNG TECHNOLOGY CORP. et al., *Plaintiffs,* v. U.S. DEPARTMENT OF DEFENSE et al., *Defendants.* | Case No. 1:21-cv-00583 |

## SUPPLEMENTAL DECLARATION OF ELIZABETH FEI CHEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Elizabeth Fei Chen, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with Pryor Cashman LLP, securities counsel for Plaintiff Luokung Technology Corp. ("Luokung"). I make this declaration based upon my personal knowledge. I am over eighteen years of age and competent to testify to the matters set forth herein.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of a letter that I received today from the Director of Nasdaq Listing Qualifications, W. Wayne Bush, CFA, notifying Luokung that trading of its common stock will be suspended at the opening of business on May 9, 2021, and that all trading in Luokung's securities will be halted at the end of the trading day on May 7, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2021 in New York, New York.

_____
Elizabeth Fei Chen

4813-5455-3831\3