IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUOKUNG TECHNOLOGY CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Docket No. 21-cv-00583 (RC) |

**UNOPPOSED MOTION TO DEFER
DEFENDANTS' OBLIGATION TO RESPOND TO PLAINTIFFS' AMENDED
COMPLAINT PENDING FURTHER ORDER OF THIS COURT**

Defendants respectfully move, with the non-opposition of Plaintiffs, to defer their obligation to Answer or otherwise respond to Plaintiffs' Amended Complaint pending further order of this Court. This request is made in good faith and with good cause, as set forth below:

1. Plaintiffs filed their original Complaint on March 4, 2021, ECF No. 1, and their Amended Complaint on March 23, 2021, ECF No. 22. Service was effected upon the United States Attorney for the District of Columbia on March 8, 2021. *See* Aff. of Service, ECF No. 16. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants must respond to the Amended Complaint on or before Friday, May 7, 2021.

2. Since this action has been filed, Plaintiffs have filed a motion for preliminary injunction, which was argued on May 3, 2021. *See* ECF 26; Minute Order (May 3, 2021).

3. In this action, Plaintiffs seek relief pursuant to the Administrative Procedure Act, where review is ordinarily limited to the administrative record on which the agency made its decision. *See* 5 U.S.C. § 706. In an APA case, Defendants would therefore expect that

this case would proceed to cross motions for summary judgment after the production of the certified administrative record. Accordingly, there may be no need for Defendants to formally answer the Amended Complaint.

4. Defendants agree to produce the certified administrative record on or before June 7, 2021, which is 30 days following the date that the Answer would be due pursuant to the Federal Rules. This is the same date that the administrative record would be due pursuant to this Court's local rules. *See* LCvR 7(n)(1) ("In cases involving the judicial review of administrative agency actions, unless otherwise ordered by the Court, the agency must file a certified list of contents of the administrative record with the Court within 30 days following service of the answer to the complaint . . . ."). Accordingly, Plaintiffs will not be prejudiced if this motion is granted.

5. Accordingly, Defendants respectfully move that their obligation to Answer or otherwise respond to the Amended Complaint be deferred pending further order of this Court. Defendants further agree to produce the certified record in compliance with LCvR 7(n) on or before June 7, 2021. Pursuant to LCvR 7(m), counsel for the Defendants have conferred with counsel for the Plaintiffs, who do not oppose this motion.

| | |
|---|---|
| Dated May 5, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>*/s/ Joseph E. Borson*<br>JOSEPH E. BORSON (Va. Bar No. 85519)<br>STEPHEN M. ELLIOTT<br>JAMES R. POWERS<br>Trial Attorneys<br>U. S. Dept. of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW<br>Washington, D.C. 20005<br>Tel.    (202) 514-1944<br>Email:  joseph.borson@usdoj.gov<br><br>*Counsel for Defendants* |