**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| LUOKUNG TECHNOLOGY CORP., *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 21-583 (RC) |
| | : | | |
| v. | : | Re Document No.: | 26 |
| | : | | |
| DEPARTMENT OF DEFENSE, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for preliminary injunction (ECF No. 26) is **GRANTED**.

It is hereby **ORDERED** that Defendants are thereby enjoined from implementing or enforcing the Department of Defense's designation of Plaintiff Luokung Technology Corp. as a Communist Chinese military company, and the resulting restrictions pursuant to Executive Order 13959.

**SO ORDERED**.

Dated: May 5, 2021                                                              RUDOLPH CONTRERAS
                                                                                                  United States District Judge